```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF IOWA


UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )
                             )
     VS.                     )    17-MJ-279
                             )
DEREK RATH,                  )
                             )
              Defendant.     )



                      APPEARANCES:

ATTORNEY DREW OLIVER INMAN, U.S. Attorney's Office,
111 Seventh Avenue S.E., Box 1, Cedar Rapids, Iowa 52401,
appeared on behalf of the United States.

ATTORNEY CHAD R. FRESE, of the firm of Kaplan & Frese,
111 East Church Street, Marshalltown, Iowa 50158,
appeared on behalf of the Defendant.
```

PRELIMINARY HEARING AND DETENTION HEARING,

HELD BEFORE THE HON. C.J. WILLIAMS,

on the 28th day of August, 2017, at 111 Seventh Avenue

S.E., Cedar Rapids, Iowa, commencing at 9:54 a.m., and

reported by Patrice A. Murray, Certified Shorthand

Reporter, using machine shorthand.

Transcript Ordered:  9/7/17
Transcript Completed:  9/19/17

```
          Patrice A. Murray, CSR, RPR, RMR, FCRR
                United States District Court
              111 Seventh Avenue S.E., Box 4
               Cedar Rapids, Iowa 52401-2101
                      (319) 286-2338
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 1 of 52

```
 1                        INDEX

 2     WITNESS            D        C        RD        RC

 3     Chad Leitzen       5        19       27

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 2 of 52
*to purchase a complete copy of the transcript.*

```
 1        (The following proceedings were held in open court.)
 2             THE COURT:  The matter now before the Court is
 3   United States of America versus Derek Richard Rath, Case
 4   Number 17-MJ-279.  This matter comes on for a preliminary
 5   hearing and detention hearing.  The United States is
 6   represented by Special Assistant United States Attorney
 7   Drew Inman.  The defendant is personally present and
 8   represented by Attorney Chad Frese.
 9        I saw the defendant last week on an initial
10   appearance on a criminal complaint that's filed at
11   Document Number 3 in the court's file that charges him
12   with conspiracy to distribute 500 grams or more of a
13   mixture or substance containing methamphetamine within a
14   protected location.  At that initial appearance, the
15   government sought the defendant's detention, and so I set
16   this time aside for both a preliminary hearing and a
17   detention hearing.
18        Mr. Inman, the burden is on the government with both
19   establishing probable cause and establishing grounds for
20   detaining this defendant pending further proceedings, so
21   I'll turn to you for whatever evidence you wish to
22   present.
23             MR. INMAN:  Thank you, Your Honor.  First, I
24   would offer the substance of the Pretrial Services Report
25   to Your Honor.
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR  Document 15  Filed 09/19/17  Page 2 of 52

1          THE COURT:  Any objection?

2          MR. FRESE:  No objection.

3          THE COURT:  I will consider the information in

4    the Pretrial Services Report then.

5          MR. INMAN:  Thank you, Your Honor.  I would

6    offer the contents of the criminal complaint into

7    evidence as well.  That's Document Number 3 in the

8    court's file.

9          THE COURT:  Any objection?

10          MR. FRESE:  No, Your Honor.

11          THE COURT:  The Court will accept that

12    information then.

13          MR. INMAN:  Your Honor, I call Investigator

14    Chad Leitzen to the stand.

15          THE COURT:  Please step forward, sir.

16                CHAD LEITZEN,

17    called as a witness, being first duly sworn or affirmed,

18    was examined and testified as follows:

19          THE COURT:  Please have a seat, sir.  And when

20    you are comfortable, please state your name and spell

21    your last name for the court reporter, please.

22          THE WITNESS:  Chad Leitzen, L-E-I-T-Z-E-N.

23          THE COURT:  You may proceed.

24          MR. INMAN:  Thank you, Your Honor.

25

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:17-cr-01042-LTS-MAR  Document 15  Filed 09/19/17  Page 4 of 52

DIRECT EXAMINATION

BY MR. INMAN:

Q.   Good morning.

A.   Good morning.

Q.   Did you -- how are you working right now?

A.   I'm a police officer with the City of Dubuque, Iowa, currently assigned as an investigator with the Dubuque Drug Task Force.

Q.   Could you briefly describe to the Court your total law enforcement experience?

A.   Yes.  I've been employed as a police officer for nearly 15 years, graduating from the Iowa Law Enforcement Academy in September of 2002.  Since then, I worked on patrol as a patrol officer, for approximately ten-and-a-half years.  And during that time, attended numerous training courses, most of them geared towards drug interdiction.  And in June of 2013, I was assigned as an investigator to the Dubuque Drug Task Force.  And since then, have attended numerous training sessions, including training regarding methamphetamine trafficking.

Q.   Are you familiar with a Derek Richard Rath?

A.   Yes, I am.

Q.   And do you recognize that person in the courtroom here today?

A.   Yes, I do.

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 5 of 52

1    Q.   Could you point them out and describe what they are

2    wearing for the Court?

3    A.   Mr. Rath is sitting at the defendant's table wearing

4    an orange jumpsuit with a white T-shirt underneath.

5    Q.   Do you recognize him from prior contact?

6    A.   Yes, I do.

7             MR. INMAN:  Your Honor, let the record reflect

8    the witness has identified the defendant.

9             THE COURT:  The record will so reflect.

10   Q.   Investigator, could you briefly describe to the

11   Court how your investigation into the defendant began?

12   A.   For this instance, on March 15, 2017, Sergeant Gary

13   Pape with the Drug Task Force received a phone call in

14   the early morning hours of that day from an employee at

15   the local UPS Store in Dubuque, Iowa.  That employee had

16   stated that they received a package, which was destined

17   for Derek Rath at 105 East 26th Street, and there were

18   several things about the package that were suspicious to

19   the employee, through -- basically throwing up a lot of

20   red flags.  The employee stated that due to that, by

21   company policy, he opened the package and located two

22   plastic bags containing a crystalline substance, which he

23   believed to be possibly drugs, so he contacted Sergeant

24   Pape and asked him if he would come and look at it.

25   Q.   And did the Dubuque Drug Task Force ultimately take

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 6 of 52

1  custody of those packages?

2  A.    Yes.

3  Q.    And were the baggies containing that crystalline

4  substance lab tested?

5  A.    Yes, they were.

6  Q.    And were the results positive for methamphetamine?

7  A.    Yes, they were.

8  Q.    And that was over 880 grams of methamphetamine in

9  fact?

10  A.    That's correct.

11  Q.    Was the purity at least 93 percent according to

12  those lab reports?

13  A.    Yes, it was.

14  Q.    Are those distributor-level amounts of

15  methamphetamine or personal use?

16  A.    That is a use certainly consistent with possession

17  with intent to distribute.

18  Q.    That package that we was seized by the UPS employee

19  and turned over to the Drug Task Force, that indicated

20  that was destined for Derek Rath, correct?

21  A.    That's correct.

22  Q.    That was written on the package as the recipient?

23  A.    Correct.

24  Q.    And that was sent on the front of the package from

25  an Anthony -- or a Tony McCarron, correct?

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 7 of 52

1  A.    That's correct.

2  Q.    Okay.  So what did you do next, or what did the task

3  force do next once this package was received?

4  A.    Once the package was received, I began preparing a

5  search warrant for the residence in anticipation of

6  conducting a controlled delivery of that package to the

7  residence of 105 East 26th Street.  During that time,

8  other investigators in the office replaced the vast

9  majority of that methamphetamine with rock salt, leaving,

10  I believe, 11.9 grams of actual methamphetamine from the

11  package inside of the package to be delivered to 105 East

12  26th Street.

13  Q.    Was that address, the 105 East 26th Street address,

14  being surveilled while you prepared the search warrant?

15  A.    Yes, it was.

16  Q.    And was any notable activity witnessed by --

17  happening within or without [sic] the residence?

18  A.    Yes, investigators observed Mr. Rath exit the

19  residence on two separate occasions for a short period of

20  time, and appeared to be looking around as if he were

21  waiting for an item, and then returned back inside the

22  residence.

23  Q.    So the defendant was observed exiting the residence

24  and looking down, correct?

25  A.    Correct.

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 8 of 52

```
1   Q.   As though looking for something on the ground or a
2   package that could be delivered?
3   A.   Correct.
4   Q.   And was the controlled delivery eventually
5   accomplished?
6   A.   Yes, it was.
7   Q.   And who accepted the package?
8   A.   Mr. Rath.
9   Q.   Okay.  So could you describe what happened when you
10  executed the search warrant?
11  A.   Once the package was delivered, Mr. Rath took the
12  package back inside of the residence, and within seconds,
13  investigators from the Dubuque Drug Task Force executed
14  the search warrant and entered the residence shortly
15  after Mr. Rath reentered the residence.
16  Q.   Were you part of that team that executed the search
17  warrant?
18  A.   Yes, I was.
19  Q.   And did you find the defendant inside the residence?
20  A.   Yes, I did.
21  Q.   Did you -- can you describe what you saw when you
22  came upon the defendant?
23  A.   When I entered the residence, the living room is
24  directly to the right with a set of steps leading to the
25  second floor straight ahead of me.  As I went to the
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 9 of 52

1  right into the living room, that then leads to a dining

2  room area and a kitchen area, which are off to the left

3  or the north side of the living room. And as I entered

4  the living room and looked to my left, I observed

5  Mr. Rath standing in the dining room, which is the next

6  room to the north. He had a pair of black gloves on and

7  was immediately ordered to the ground and he complied.

8  Q.   Was the package in close proximity to the defendant?

9  A.   Yes, it was.

10 Q.   Did you make contact with anyone else in the

11 residence?

12 A.   His girlfriend, Ellie McIntyre, was also in the

13 residence. She was behind him, in the area either in the

14 doorway between that dining room and the kitchen or just

15 inside the kitchen, but she was just a few feet behind

16 him.

17 Q.   Did Ms. McIntyre make any statements about who was

18 living in that residence at the time?

19 A.   Yes, she did. She stated that the only people

20 living there were her and Mr. Rath.

21 Q.   And was anything notable found on the defendant's

22 person when he was arrested?

23 A.   He had a large amount of United States currency in

24 his pocket. I believe it was $576.

25 Q.   So what else was found when you executed the search

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 10 of 52

1    warrant?

2    A.    On the second floor of the residence, in I guess I

3    would call it the middle room -- I guess I can describe

4    it first.  As you walk up the steps, it leads directly

5    into a laundry room.  And then off of that laundry room,

6    there are -- there's a middle room, which leads to a

7    bedroom to the left and a bedroom to the right, which are

8    accessed by going through that laundry room and into that

9    middle room.  So that middle room, which Mr. Rath has a

10   weight machine or weight bench set up in, so that would

11   be -- I guess I would call it the weight room.  In the

12   weight room, there is a black safe on the floor.  And

13   when that was opened, there was approximately 102 grams

14   of crystal methamphetamine located inside that safe,

15   along with 57 grams of marijuana.  There was also a large

16   amount of packaging material inside of that room, along

17   with glass pipes used to smoke methamphetamine, as well

18   as a digital scale.

19   Q.    Was there also $3,500 in cash in that safe?

20   A.    Yes, there was.

21   Q.    And was there anything in that room indicating that

22   Mr. -- or that the defendant was using that room?

23   A.    Yes, there were photographs of Mr. Rath in that

24   room.  I believe maybe photographs of his family, other

25   people.

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 11 of 52

1  Q.   Also men's clothing?

2  A.   Yes, yes.

3  Q.   So did you take any steps to investigate who Tony

4  McCarron was, based on that name written on the package?

5  A.   Yes, I did.

6  Q.   And can you describe that for the Court?

7  A.   I was familiar with Mr. McCarron from when I first

8  started in the Drug Task Force back in 2013.  At that

9  time, he had lived in Dubuque, and I had had contact with

10 him and his mother on several occasions due to his being

11 a drug addict at that time.  And I -- when I recognized

12 his name, I did not have a phone number to get ahold of

13 him, so I actually contacted his mother and asked her for

14 the phone number.  And at that time, she advised me that

15 Tony did not live in Dubuque any longer, and stated that

16 he had been living in Phoenix for -- Phoenix, Arizona,

17 for over a year.  She then provided his phone number to

18 me, and I contacted Mr. McCarron by telephone.

19 Q.   The package that was intercepted by UPS, where did

20 it indicate it was being sent from?

21 A.   From Phoenix, Arizona.

22 Q.   So using that number provided by Mr. McCarron's

23 mother, were you able to reach anybody?

24 A.   Yes, I reached Tony McCarron.

25 Q.   And can you describe your conversations with him?

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR  Document 15  Filed 09/19/17  Page 12 of 52

1   A.   I spoke to Mr. McCarron on numerous occasions over

2   the course of a couple of months.  And he was initially

3   reluctant to speak to me over the phone; however, he

4   eventually did state that he had been sending Mr. Rath

5   packages of methamphetamine from Phoenix.

6   Q.   Was it ultimately arranged for Mr. McCarron to

7   travel to Iowa to speak in person?

8   A.   Yes, it was.

9   Q.   And did you have an in-person interview with him in

10  July of this year?

11  A.   Yes, I did.

12  Q.   And did you recognize him as Mr. McCarron from your

13  past contacts?

14  A.   Yes.

15  Q.   Can you describe that July 19th specifically

16  in-person interview with Mr. McCarron?

17  A.   I began interviewing him in the presence of

18  yourself, as well as his attorney, and had advised him

19  that I wanted to ask him a lot of the same questions I

20  had already asked him so everybody could basically start

21  from the beginning; and then asked him many of the same

22  questions that had been asked previously as far as how he

23  knew Mr. Rath and how he began sending packages of

24  methamphetamine to Mr. Rath in Dubuque, as well as how

25  many he has sent.

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 13 of 52

1  Q.   And could you briefly summarize what Mr. McCarron

2  told you as far as amounts that -- of methamphetamine

3  that he had shipped by mail to the defendant?

4  A.   He stated that the first few packages were smaller

5  amounts.   I believe he said just a few ounces for the

6  first package, up to maybe half of a pound for the second

7  and third package.   He stated after the third package,

8  they went up to at least 1 pound increments.   And he

9  stated that they had gone all the way up to 3-pound

10  increment shipments that he had sent to Mr. Rath during

11  that time.

12      He stated that Mr. Rath had asked him to send

13  5 pounds at a time; however, he was not comfortable doing

14  that because he thought it looked very suspicious.   He

15  stated that Mr. Rath had put in an order for 10 pounds of

16  methamphetamine, and he stated that that was actually

17  accomplished through the delivery of four separate

18  packages.   He stated that he had shipped two 2-pound

19  packages of methamphetamine to Mr. Rath and two 3-pound

20  packages of methamphetamine to Mr. Rath.   And he stated

21  that was all from one 10-pound request.   He just wasn't

22  comfortable sending it all at once.

23  Q.   And Mr. McCarron described the timeframe for those

24  shipments as well?

25  A.   Yes, he did.

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 14 of 52

1  Q.    And did he describe he first started making those

2  methamphetamine shipments in about September of 2016?

3  A.    That's correct.

4  Q.    And as you stated, that started with just a couple

5  ounces, correct?

6  A.    Correct.

7  Q.    And each shipment was sent about a couple weeks

8  apart, correct?

9  A.    That's correct.

10  Q.    So that graduated from a few ounces to 3 pounds, at

11  most, over the course of those weeks, correct?

12  A.    That's correct.

13  Q.    How much did he indicate that the defendant was

14  paying per pound of methamphetamine?

15  A.    I believe for the first pound, it was $7,000.  And

16  then after that, as Mr. Rath was buying more and more

17  methamphetamine, Mr. McCarron dropped the price for

18  Mr. Rath down to $6,000 per pound.

19  Q.    Now, if I could back up, that search warrant was

20  executed on the defendant's residence on March 15th of

21  this year, correct?

22  A.    Correct.

23  Q.    And the defendant was arrested?

24  A.    Correct.

25  Q.    Can you tell the Court when the defendant was

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 15 of 52

1  released from jail?

2  A.    April 7, 2017.

3  Q.    All right.  Did Mr. McCarron describe any more

4  shipments of methamphetamine to the defendant after

5  April 7th?

6  A.    Yes, he did.

7  Q.    Okay.  And please describe that to the Court.

8  A.    He stated that -- Mr. McCarron stated that

9  approximately a week after Mr. Rath got out of jail,

10  Mr. McCarron contacted Mr. Rath, basically asking if he

11  wanted more methamphetamine, which Mr. Rath did.  He

12  then -- Mr. McCarron then sent him a 1-pound package to

13  an address on Stewart Street in Dubuque, and two other

14  1-pound packages to an address on, I believe it was,

15  Bradel Cove Road in Dubuque.

16  Q.    Did you have a chance to look at Mr. McCarron's

17  phone?

18  A.    Yes, I did.

19  Q.    And did that corroborate anything that he was

20  telling you?

21  A.    Yes, it did.  There were photographs of text

22  messages or screen shots with receipts.  I believe there

23  were Fed Ex receipts with tracking numbers for a package

24  that went to the Bradel Cove Road address.  I can't

25  recall if there was one for the Stewart Street address or

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 16 of 52

1  not.

2  Q.    Did those text messages indicate when the last

3  shipment of methamphetamine was made?

4  A.    I believe it did, but I can't remember the date.

5  Q.    Okay.  Did Mr. McCarron, himself, say when he had

6  made this last shipment of methamphetamine?

7  A.    I believe it was just a couple of weeks before the

8  interview.  I believe he said June 30th, but --

9  Q.    Did you draft a report summarizing that interview

10  with Mr. McCarron?

11  A.    Yes, I did.

12  Q.    Would that refresh your memory as to when the last

13  shipment of methamphetamine had been made?

14  A.    It would.

15           MR. INMAN:  May I approach the witness, Your

16  Honor?

17           THE COURT:  You may.

18      (Counsel conferred.)

19      (The document was provided to the witness.)

20  A.    Mr. McCarron had advised that he sent the package to

21  520 Stewart Street in late April.  He stated the next one

22  was sent about 3 weeks later.  And the last package was

23  sent about 3 weeks ago, and that being right in the last

24  week of June timeframe, with the interview being

25  July 19th.

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 17 of 52

1   Q.   Mr. -- the defendant's address at 105 East 26th

2   Street in Dubuque, is that a notable location for any

3   reason to you, as a Drug Task Force officer?

4   A.   Yes, it is.  It's within a thousand feet of Fulton

5   Elementary School, which is right around the corner.

6   Q.   How did you verify that?

7   A.   Through aerial mapping with the Geographical

8   Information Services in Dubuque.

9   Q.   And the same date that you interviewed Mr. McCarron

10  in person, did you also have a chance to interview

11  Ms. McIntyre in person?

12  A.   Yes, I did.

13  Q.   And did she -- did you ask her about the defendant's

14  work habits or his employment?

15  A.   I don't recall any specifics about the employment.

16  Q.   Okay.  Did you ask her about where the defendant

17  would obtain his methamphetamine?

18  A.   I believe she stated she did not know who he got his

19  meth from.

20  Q.   Okay.  Did she describe that the defendant would

21  share methamphetamine with her?

22  A.   Yes, she did.

23            MR. INMAN:  Okay.  No further questions.

24            THE COURT:  Cross-examination.

25            MR. FRESE:  Just a moment, Your Honor.

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 18 of 52

1     (Whereupon, counsel conferred with the defendant.)

2          MR. INMAN:  Your Honor, may I approach the

3   witness again --

4          THE COURT:  You may.

5          MR. INMAN:  -- while the defendant is

6   conferring.

7                    CROSS-EXAMINATION

8   BY MR. FRESE:

9   Q.   Agent Leitzen, is Anthony McCarron under any type of

10  federal charge right now?

11  A.   I'm sorry, is he facing any type of federal charge,

12  you asked?

13  Q.   Yes.

14  A.   Yes, he is.

15  Q.   Is he in custody or out of custody?

16  A.   He is in custody.

17  Q.   Now, did he advise you if he was shipping

18  methamphetamine to any other individual?

19  A.   Yes, he was.

20  Q.   In Dubuque?

21  A.   Correct.

22  Q.   And to whom was that?

23  A.   He started shipping methamphetamine to Justin

24  Oberman in Dubuque prior to shipping it to Mr. Rath.  He

25  also sent three 1-pound packages of methamphetamine to a

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 19 of 52

1    subject named Adam Goerdt in New Vienna during the same

2    timeframe when he was sending the packages to Mr. Rath.

3    Q.    Now, were any of these individuals to your knowledge

4    connected to Mr. Rath and his drug dealing activities

5    that you allege?

6    A.    Were any of them connected, you asked?

7    Q.    Yeah.

8    A.    Mr. Oberman possibly has some type of connection.

9    Mr. Goerdt, I don't know of any.

10   Q.    What about this connection that you say hooked up

11   Mr. McCarron with Mr. Rath, how did that come to pass?

12   A.    Mr. McCarron stated that when he was still living in

13   Dubuque prior to September 11th of 2015, he was working

14   at Hormel, third shift, in Dubuque, with Justin Oberman.

15   He stated that he used methamphetamine with Mr. Oberman

16   on a few different occasions, and shortly thereafter,

17   moved to Phoenix.  During that time, he sent a few

18   packages of methamphetamine back to Mr. Oberman in

19   Dubuque.  He stated that Mr. Oberman had provided him

20   with Derek Rath's phone number, advising him that --

21   advising Mr. McCarron if he could not get ahold of

22   Mr. Oberman, *Use this phone number to call Derek Rath.*

23   *He will know how to get ahold of me.*  So he --

24   Mr. McCarron sent the packages to Mr. Oberman and was

25   getting the money as well.  And he stated the last

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 20 of 52

1  package that he sent to Mr. Oberman, he was paid for a

2  portion of it but was not paid for all of it and was

3  calling Mr. Oberman desperately trying to get ahold of

4  him to get money, because he was behind on his rent, was

5  going to get kicked out, and other financial problems.

6  He then decided -- Mr. McCarron then decided to contact

7  Mr. Rath to see if he could get ahold of Mr. Oberman.

8  And while talking to Mr. Rath on the phone, describing

9  his financial situation, Mr. Rath sent Mr. McCarron the

10 rest of the money that Mr. Oberman owed him so he could

11 pay his rent.  And he stated that after that, he just

12 started sending packages directly to Mr. Rath.

13 Q.   So is it fair for me to say that prior to this date,

14 Mr. Rath and Mr. McCarron really didn't know each other?

15 A.   That's correct, yeah.

16 Q.   Did Mr. McCarron ever indicate to you that he's ever

17 physically laid eyes on Mr. Rath?

18 A.   Mr. McCarron stated that he does not know Mr. Rath

19 and has never seen him in person.  He's only ever talked

20 to him on the phone or via text message.

21 Q.   And it's always over this one particular phone, the

22 number he's given by whoever and talks to that person on

23 the other -- into the phone in Dubuque, right?

24 A.   I can't tell you how many different phones he's

25 used.  I don't know.

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 21 of 52

```
1    Q.    Have you researched the phone numbers and got the

2    phone numbers to confirm all this?

3    A.    I have researched phone numbers.

4    Q.    What have you learned from that, as far as

5    subscriber information?

6    A.    For the phone that he was calling?

7    Q.    Yes.

8    A.    Without those records in front of me, I can't say.

9    Q.    And you've gotten the shipment records, I assume,

10   from Fed Ex, UPS, USPS, whatever, right?

11   A.    The shipment records for all of the other packages

12   you're asking about?

13   Q.    Yes.

14   A.    Those have been -- or are being subpoenaed; however,

15   I do not have those right now.

16   Q.    The East 26th Street address, was there anybody else

17   living there, besides Mr. Rath and his girlfriend?

18   A.    Not that I am aware of.

19   Q.    Was there any prior surveillance done at that

20   residence?

21   A.    That day, yes, there was.

22   Q.    Anybody else coming and going from that residence?

23   A.    Not that I am aware of.

24   Q.    The safe that you found, was it unlocked when you

25   went inside the safe?
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 22 of 52

1   A.    Investigator Williams was the one that was -- that

2   had opened the safe.  I believe there was a key that he

3   used, but I can't answer the specifics about how the safe

4   was entered.

5   Q.    Was there any indicia of anyone else living there or

6   staying there?

7   A.    I can't answer that.

8   Q.    Was there any type of work being done on the

9   apartment at 26th Street, like painting or remodeling?

10  A.    Yes, when we went in, it appeared that the house was

11  being worked on.

12  Q.    Okay.  And that's what Mr. Rath does; he's a

13  handyman.  Right?

14  A.    Correct.

15  Q.    Tell me about -- when you received the call or law

16  enforcement received the call from the UPS store back in

17  March of 2017, what about the package was suspicious?

18  A.    The employee had stated that it was a package that

19  was sent priority overnight with early morning arrival,

20  and it was person-to-person, which he had stated that is

21  extremely unusual.  He stated that type of transaction

22  typically only occurs between businesses.

23  Q.    And when that individual called, he had already

24  opened the package?

25  A.    Correct.

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 23 of 52

1   Q.   It was not directed by law enforcement to open the

2   package?

3   A.   It was not.

4   Q.   And UPS has some sort of policy that directs them to

5   open the package?

6   A.   That's my understanding.

7   Q.   Did Mr. McCarron indicate to you that on that date,

8   he was told by whomever to ship 2 pounds of

9   methamphetamine?

10  A.   Not that I can recall.

11  Q.   It was -- on that date, all that was delivered was

12  about 12 grams, right?

13  A.   About 12 grams is what the police department

14  delivered to Mr. Rath's residence.  The rest of it had

15  been removed.

16  Q.   Have you looked at any phone records or any text

17  messages to confirm that there was an order placed or

18  discussions about a 2-gram -- or 2-pound delivery on that

19  date?

20  A.   Not that I can specifically reference.

21  Q.   And the search warrant that was executed at the 26th

22  Street address, that was signed before the delivery?

23  A.   Correct.

24  Q.   Based solely upon the discovery of the 2 pounds at

25  UPS?

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 24 of 52

1  A.    I guess I'm not sure how to answer that.  There's

2  more investigation that went into the -- who lived there

3  and that sort of thing, rather than just the package

4  going to that address, but that was a -- that was a heavy

5  portion of it.

6  Q.    Well, what else was there?

7  A.    There was -- I stopped by City Hall and checked for

8  billing, who was paying the bills at the residence.  And

9  at that time, it was not Mr. Rath who had -- who was on

10 the billing address; however, the person who had been

11 paying the bills prior to that was -- had since moved out

12 and moved to a different address, with the new billing

13 address.  I believe from February 14th on, I believe it

14 was billed to the landlord or property owner, in which

15 case it was -- I guess it was taken -- it was assumed

16 that the girl, since we knew who she was, was no longer

17 living at that address.  Our in-house records showed a

18 different subject living at that address.  At the time we

19 actually believed that that person may have been living

20 at the address on East 26th, with Mr. Rath visiting that

21 location, having packages sent to him there.

22 Q.    Who is that?

23 A.    I believe it was Brandon Robey, I believe was the

24 name but --

25 Q.    So you thought he might be having packages sent to

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 25 of 52

1   him as well?

2   A.    No.   I believed Brandon Robey was possibly the

3   person who was the tenant of that residence during the

4   search warrant, which was why the search warrant was

5   addressed to Brandon Robey, because we believed at the

6   time, based on our in-house records at the police

7   department, that he was living there; later found out

8   that was not correct.

9   Q.   Now, Mr. Rath was charged in state court originally,

10  as I understand it; is that correct?

11  A.   That is correct.

12  Q.   And then spent a couple weeks in jail and was able

13  to be released on a surety bond of $100,000; is that

14  correct?

15  A.   I don't know the amount, but he was released on

16  April 7th.

17  Q.   According to Mr. McCarron, then there was more

18  deliveries to a Stewart Street address, is what you said,

19  right?

20  A.   Correct.

21  Q.   What connection does Mr. Rath have to the Stewart

22  Street address, to your knowledge?

23  A.   I don't know.  Mr. McCarron just advised he was told

24  by Derek Rath to send it to 520 Stewart Street.

25  Q.   And there was a Bradel Cove Road, am I saying that

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 26 of 52

1  right?

2  A.    Yes.

3  Q.    What connection does Mr. Rath have to that address?

4  A.    From my understanding, and I have not verified this,

5  I believe there's a family connection to that address.

6  But again, I can't say that for sure.

7  Q.    Did you confirm any of that with Ellie McIntyre?

8  A.    I did not.

9         MR. FRESE:  That's all I have.

10        THE COURT:  Further redirect examination?

11        MR. INMAN:  Yes, Your Honor.

12                REDIRECT EXAMINATION

13  BY MR. INMAN:

14  Q.    Defense counsel asked you about some paint work that

15  appeared to be going on inside that residence on 105 East

16  26th Street, correct?

17  A.    Correct.

18  Q.    And Mr. Rath -- or the defendant made some

19  statements that he didn't live at that residence.  He was

20  just doing work, correct?

21  A.    That's correct.

22  Q.    And you did ultimately talk to the property manager

23  and owner of that residence, correct?

24  A.    Yes, I did.

25  Q.    And what did you learn about who had paid rent for

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR  Document 15  Filed 09/19/17  Page 27 of 52

1  that residence for the next 6 months?

2  A.   The property manager advised that in the middle of

3  February, Derek Rath rented that residence, I believe it

4  was for 725 or $750 a month, and had paid 6 months in

5  advance.

6  Q.   And he had paid that in cash, correct, 750, for all

7  6 months.  So 750 times 6, however much that is?

8  A.   Correct.

9  Q.   And in fact, Ms. McIntyre confirmed that she and the

10  defendant had been living there since February, when you

11  talked to her in July?

12  A.   That's correct.

13  Q.   Going back to your discussions with Mr. McCarron in

14  July, Mr. McCarron, did he describe in detail how the

15  shipments were coordinated?

16  A.   Yes, he did.

17  Q.   And he described that the defendant would actually

18  front the money after they had agreed on an amount that

19  would be shipped?

20  A.   That's correct.

21  Q.   And you indicated the initial price per pound was

22  about $7,000, correct?

23  A.   For the first pound.  I believe after that, the

24  price dropped down to $6,000 a pound, which Mr. McCarron

25  would always get first prior to shipping the

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 28 of 52

1  methamphetamine to Mr. Rath.

2  Q.    Mr. McCarron indicated he would be paid with cash

3  shipments through the mail and what other methods?

4  A.    He would get money grams or I believe Wal-Mart to

5  Wal-Mart Western Union, but he stated that the dollar

6  amounts became too big to use those wire transfer

7  methods, therefore, he stated that Mr. Rath would just

8  send the money down in packages through the mail.  And

9  once he received it, he would purchase the

10 methamphetamine and ship it back.

11 Q.    Now, Mr. McCarron indicated that even when the

12 larger cash shipments would come in, sometimes there

13 would be wire transfers of smaller amounts to make up

14 amounts of cash that were missing from the cash

15 shipments, correct?

16 A.    Correct.

17 Q.    And wasn't a second search warrant executed on that

18 105 East 26th residence?

19 A.    Yes, it was.

20 Q.    And did you find any receipts for wire transfers to

21 Anthony McCarron specifically?

22 A.    Yes.

23 Q.    Can you describe that for the Court as much as you

24 remember?

25 A.    There was, I believe it was, a Western Union receipt

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 29 of 52

1  located in the garbage can of that 105 East 26th Street

2  address, in that same upstairs weight room where the

3  large amount of drugs had been located during the first

4  search warrant.  And there was a garbage can in that room

5  that had a receipt, I believe it was Western Union, with

6  the recipient being Tony McCarron.

7  Q.    That was for about $300?

8  A.    Correct.

9  Q.    Do you remember the date for that wire transfer?

10 A.    I don't.

11 Q.    Was that relatively close in time to the date of the

12 search warrant's execution?

13 A.    Yes, it was.

14 Q.    And that was the same room that had pictures of the

15 defendant and his family, correct?

16 A.    Correct.

17 Q.    Men's clothing?

18 A.    Correct.

19 Q.    Did it have pictures of anybody else other than the

20 defendant and his family in that room?

21 A.    I don't specifically recall all the photographs.  I

22 know on the shelf above the men's clothing there were

23 numerous journals and a lot of paperwork from maybe

24 probation or parole, that type of thing, addressed to

25 Mr. Rath, just volumes of journals with writings that he

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 30 of 52

1   had made, as well as all the paperwork, indicating that

2   was his room.

3   Q.   Were all those journals associated with Mr. Rath?

4   A.   All the ones that I looked at, all the ones that I

5   can recall.

6   Q.   And how did you associate them with the defendant?

7   A.   Most of the stuff had his name on it.

8            MR. INMAN:  No further questions.

9            THE COURT:  Recross.

10           MR. FRESE:  No, Your Honor.

11           THE COURT:  When was that second search warrant

12  executed?

13           THE WITNESS:  I don't recall the exact date.  I

14  believe it was within a week to ten days after this --

15  after the interview on July 19th, so right at the end of

16  July.

17           THE COURT:  Any questions in light of my

18  question, Mr. Inman?

19           MR. INMAN:  No, Your Honor.  Thank you.

20           THE COURT:  Mr. Frese?

21           MR. FRESE:  No, Your Honor.

22           THE COURT:  Thank you.  You may step down.

23       Any further evidence on behalf of the United States?

24           MR. INMAN:  No, Your Honor.

25           THE COURT:  Mr. Frese?

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 31 of 52

 1          MR. FRESE:  Taking evidence as to both

 2   preliminary hearing and detention?

 3          THE COURT:  Yes, sir.

 4          MR. FRESE:  No evidence as far as any

 5   witnesses, Your Honor.  I would like to just proffer a

 6   piece of evidence to the Court, just to clarify some of

 7   the evidence in the Pretrial Services Report.  In the

 8   Pretrial Services Report, Your Honor, I want to tell the

 9   Court that I have spoken to my client, and if he were

10   called to testify, he would clarify that on Page 10, I

11   believe, of 11, in Case Number FECR 123005 --

12          MR. INMAN:  Your Honor, I'm going to object.

13   It sounds like defense counsel wants to make a proffer of

14   defendant's statements without the defendant taking the

15   stand and --

16          THE COURT:  Well, proffers are allowed.  The

17   question will be whether you object to any of the facts

18   offered; and if so, then the Court can take that proffer,

19   you know, under the understanding that the government

20   objects to certain proffered facts.  But I'm going to

21   allow the defense counsel to state the proffer, and then

22   will address with the government whether the government

23   resists any of the proffered information.

24          MR. INMAN:  Understood, Your Honor.

25          MR. FRESE:  And I will also proffer that I have

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 32 of 52

```
 1   done a diligent search of the records myself from the
 2   Iowa courts EDMS system, and that shows that Case Number
 3   FECR 123005, that on April 7, 2017, that Mr. Rath posted
 4   a $100,000 surety bond, and up until August 10, 2017, was
 5   free from custody in state court on that bond.  That
 6   would be the only proffered facts I would offer, just
 7   because that's not reflected in the Pretrial Services
 8   Report.
 9            THE COURT:  Thank you.  Mr. Inman, any
10   objection to that proffered fact?
11            MR. INMAN:  No, Your Honor.
12            THE COURT:  The Court will accept that
13   proffered fact as if proven.
14       All right.  Mr. Inman, do you wish to be heard by
15   way of argument.
16            MR. INMAN:  Briefly, Your Honor.
17            THE COURT:  You may.
18            MR. INMAN:  Your Honor, there is clear and
19   convincing evidence that the defendant poses a danger to
20   his community and is a flight risk.  You heard the
21   testimony of Investigator Leitzen.  Defendant has been
22   selling large amounts of methamphetamine for close to a
23   year now.  The testimony was that this -- these shipments
24   began in September of last year, started out a few
25   ounces, graduated up to 3 pounds.  In the case of the
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 33 of 52

1  package that was seized on March 15th, the testimony is

2  that was over 880 grams of ice methamphetamine,

3  93 percent at least purity. That's about 2 pounds. This

4  is corroborated by at least one receipt of a wire

5  transfer.

6      Your Honor, even after the defendant's arrest in

7  March, he was released in April, the testimony from

8  Mr. McCarron is the defendant got right back to work,

9  accepted three more shipments, 1 pound each, the last

10  shipment being in late June; that would be just

11  two months ago, Your Honor. So the defendant, according

12  to the Pretrial Services Report, wants to return to that

13  address, that 105 East 26th Street address, where he had

14  been distributing methamphetamine. He wants to live

15  again with Ms. McIntyre, who also told Investigator

16  Leitzen she would receive methamphetamine from the

17  defendant. So he is a danger to the community, he is a

18  meth distributor, distributing large quantities of meth.

19      As far as conditions of release that would ensure

20  the defendant stays away from controlled substances,

21  defendant left drug treatment in the fall of 2015 per the

22  report. He was taken to drug treatment by his family.

23  He refused to cooperate. I'm sure Your Honor will

24  discuss thoroughly the defendant's criminal history on

25  the record from the Pretrial Services Report. I would

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR Document 15 Filed 09/19/17 Page 34 of 52

1  just note that the defendant has at least six controlled

2  substances related convictions, at least thirteen

3  separate times that he violated probation or parole,

4  multiple OWI convictions, serious injury by vehicle

5  conviction, an escape of felon conviction while on

6  probation.  And, Your Honor, the majority of the

7  defendant's adult criminal history, almost all of it,

8  each of his crimes occurred while he was either on

9  probation in a separate case or parole in a separate case

10  or under some court-ordered conditions of release.  So he

11  is a danger to the community, he is a flight risk, and I

12  ask that you keep him detained.

13          THE COURT:  Thank you.  Mr. Frese.

14          MR. FRESE:  Your Honor, Mr. Rath and I have

15  discussed, you know, where the Court is coming from in

16  this case when it analyzes both probable cause and the

17  issue of detention, and he understands this is a

18  presumption case.  When the Court looks at this, this is

19  certainly an interesting case.  This Court has seen many,

20  many cases like Mr. Rath's.  Yet at the same point in

21  time, I don't think the Court has seen a case quite like

22  Mr. Rath's.  The facts of this case are boggling to the

23  defendant.  We stand very strongly on his presumption of

24  innocence and it is absolutely, absolutely boggling to

25  Mr. Rath and myself, that we have someone here who is

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 35 of 52

1  alleged to be a multi pound recipient of methamphetamine

2  over a period of months and months, shipping, you know, a

3  pound here, 2 pounds there, asking for 5 and 10 pounds of

4  methamphetamine from Phoenix, and there's really no other

5  evidence of him distributing it.  We just have this

6  Anthony McCarron who is giving information against Derek

7  Rath, who he has never met, who he has never seen, and

8  can't identify.  He just ships methamphetamine to this

9  person known as Derek Rath, calls on these phones that

10 are said to be Derek Rath, but the people he can't

11 identify are known methamphetamine distributors.  And

12 Mr. Rath and Ms. McIntyre, if you look at the complaint,

13 it appears that that's probably true; they don't know who

14 Mr. McCarron is.  Mr. McCarron is someone who is long

15 known to the Dubuque Drug Task Force, well enough that

16 Investigator Leitzen can call his mother and get his

17 phone number and find out where he is.  But there's no

18 nexus between he and Mr. Rath.  To me, it's boggling that

19 you don't know someone, yet you are going to send him

20 10 pounds of meth through the mail or Fed Ex or whatever

21 and someone is going to send you 10, 15, $20,000 plus in

22 return.  That is something that is highly unusual.  And

23 Mr. Rath has said that from day one.  So that is a very

24 unusual, very atypical fact that we think the Court

25 should recognize at this point.

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 36 of 52

 1      And look very closely at Mr. Rath's record.  We

 2   understand it is what it is.  I mean, he's been inside.

 3   He's done his time.  He's been to the penitentiary a

 4   couple of times.  But in this case, he did post $100,000

 5   bond back in April, and he was out on that bond.  He

 6   didn't flee.  The Court has to look at conditions of

 7   release that could reasonably assure that he's going to

 8   appear and not be a danger to the community.  We think

 9   that by virtue of him being out now for several months,

10   he's shown that.  The fact that we have Mr. McCarron

11   saying that he's shipped more methamphetamine in the last

12   couple of months since his release, again, we dispute

13   that.  And the facts of Mr. McCarron's proffer, again,

14   and the facts of the case, we think are somewhat

15   speculative and conjectural.  The best we know, he's

16   shipping methamphetamine supposedly to someone.  And that

17   East 26th Street address evidently has a history.  But

18   then he ships it to some other address, not East 26th

19   Street, and it just doesn't add up from our perspective.

20      But he's shown that, we think, that the Court can

21   fix conditions of release because he was on release.  And

22   the Court here, I think, has, in this proceeding and in

23   this venue, has more ability to even put more

24   restrictions on him.  The Court has GPS location

25   monitoring, has the ability, I think, to make him get

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR  Document 15  Filed 09/19/17  Page 37 of 52

 1  substance abuse treatment at this time.  Mental health

 2  treatment, I think that's a very important component

 3  right now.  But he's not going to go anywhere.  He's a

 4  lifelong resident of Dubuque.  His family is there.  His

 5  job's there.  His employees, he has two employees, are

 6  there.  He's in the middle of a custody fight for his

 7  daughter.  That's reflected in the Pretrial Services

 8  Report.  There's just no reason for him to go anywhere.

 9  He's standing tall here, and he's going to fight this.

10  So we think that it shows just from the history of the

11  genesis of the case in state court to where he is now and

12  in his history of where he's always been, which is

13  Dubuque, Iowa, and his failure -- or lack of failure to

14  appear ever before, certainly shows he's going to show up

15  here, and just the facts of this case being rather

16  unusual, we'd ask the Court to fix conditions of release.

17          THE COURT:  Thank you.  First, with regard to

18  the issue of probable cause, I do find there's probable

19  cause to believe the defendant committed the offenses

20  alleged in the criminal complaint based on the

21  information in the criminal complaint and based on the

22  testimony by the investigator.

23      With regard to the defendant's observations and this

24  is an atypical case, I would agree that this is --

25  appears to be a very atypical manner in which

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 38 of 52

1    Mr. McCarron and the defendant made a connection, and

2    through that connection, began distributing drugs; but

3    when we have packages coming from McCarron, living in

4    Arizona, going to the defendant's residence, and the

5    defendant receiving a package and being caught with a

6    package, combined with the information from his

7    girlfriend, and the rest of the evidence in the search,

8    however odd that is, and however odd it was that they

9    made a connection and worked out a method for

10   distributing methamphetamine, the evidence appears to the

11   Court to be fairly overwhelming that they reached an

12   agreement or came to an understanding for distributing

13   methamphetamine, based on the evidence before the Court.

14       What I also want to address is the allegations from

15   Mr. McCarron during the debrief in July that the

16   defendant continued to distribute controlled substances

17   -- or take receipt, I guess, of distribution quantities

18   of controlled substances after he's released on bond on

19   the state charges.  And as I understood the testimony

20   from the investigator, the second search warrant took

21   place after the defendant had been released.  And during

22   that second search warrant, which I understood based on

23   the testimony, was closely before he was arrested on the

24   federal charges, they found a wire transfer that showed

25   fairly close in time, as I recall, within a couple weeks,

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 39 of 52

 1    the defendant wiring money to McCarron in Arizona.  So if

 2    I understood the testimony correctly, that corroborated

 3    Mr. McCarron's statement that he was continuing to ship

 4    methamphetamine to the defendant while the defendant was

 5    on release on the state charges and while on bond.  And

 6    so, again, however odd it is, the way that they made a

 7    connection and decided to work together, the evidence

 8    before the Court right now appears to be fairly

 9    overwhelming that the defendant engaged in this

10    conspiracy.  And so for that matter, I find there's

11    sufficient evidence to establish probable cause that the

12    defendant committed the offenses alleged in the

13    complaint.

14         Turning to the issue of detention, with regard to

15    whether the defendant poses a risk of nonappearance, I

16    find that he does pose a risk of nonappearance.  The

17    defendant does have strong ties to the community as noted

18    by defense counsel, and I note that he has lived in the

19    Dubuque area his entire life.  He has family there, he

20    has a daughter apparently in that same location.

21         On the other hand, looking at the defendant's

22    criminal history, he does have two escapes in his

23    criminal history.  One while a juvenile at the age of 17

24    in 2000, and then another escape in 2003, where he was

25    charged and convicted of that escape.  And so given the

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 40 of 52

1    government's burden is simply by showing by a

2    preponderance of the evidence it's more likely than not

3    this defendant poses a risk of nonappearance, his own

4    conduct of escaping twice is enough to carry it over that

5    relatively low burden.

6        With regard to whether the defendant poses a danger

7    to the community, the danger I find the defendant poses

8    to the community is the danger of continuing to engage in

9    drug trafficking.  He has a clear substance abuse history

10   problem.  That has resulted in multiple driving

11   violations, including causing injury by a vehicle.  It

12   may -- it's not clear from the bond report on whether

13   that serious injury by vehicle was substance abuse

14   related, but I imagine, given the defendant's history of

15   indicating his fairly regular use of controlled

16   substances and alcohol and his repeated alcohol

17   violations, that there's a connection between that and

18   his driving in a manner that caused an injury.

19       In any event, the thing that concerns the Court the

20   most regarding his criminal history and convinces me

21   there's no condition or combination of conditions that I

22   could impose that would prevent him from committing

23   additional crimes is the fact the defendant has committed

24   so many additional crimes while on probation or parole in

25   the past.  I count 16 adult convictions, 14 of which were

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 41 of 52

1  committed while the defendant was on probation or parole.

2  That just shows a track record of a defendant who is not

3  going to obey any conditions imposed on him and is going

4  to continue to commit criminal acts.  I also take into

5  account the fact that he was on release on the state

6  court charges in this case, and I do credit the testimony

7  that he continued to accept shipments of pound quantities

8  of methamphetamine while on release on that charge.  Now,

9  I also note that the bond report shows that he was

10  arrested on July 26, 2017, in possession of controlled

11  substances, again, while the charges -- the felony charge

12  for this case was pending in state court, and so it's

13  clear to me that he was committing additional criminal

14  conduct while he was on this release after posting the

15  $100,000 bond.

16     And so I think that there's no reason for me to

17  believe that he would obey my orders any more than he

18  obeyed the state court orders.  So for those reasons, I

19  find the government has carried its burden.  I order the

20  defendant detained pending further proceedings in this

21  case.  If the defendant disagrees with my findings here

22  today, he may appeal my decision to the district judge.

23     Mr. Inman, anything further on behalf of the United

24  States?

25        MR. INMAN:  No, Your Honor.  Thank you.

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 42 of 52

1          THE COURT:  Mr. Frese, anything further on

2    behalf of the defendant?

3          MR. FRESE:  No, Your Honor.  Thank you.

4          THE COURT:  Thank you.  That will conclude the

5    hearing.

6       (Proceedings concluded at 10:52 a.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 43 of 52

1          C E R T I F I C A T E

2          I, Patrice A. Murray, a Certified Shorthand
Reporter of the State of Iowa, do hereby certify that at
3     the time and place heretofore indicated, a hearing was
held before the Honorable C.J. Williams; that I reported
4     in shorthand the proceedings of said hearing, reduced the
same to print to the best of my ability by means of
5     computer-assisted transcription under my direction and
supervision, and that the foregoing transcript is a true
6     record of all proceedings had on the taking of said
hearing at the above time and place.

7

8          I further certify that I am not related to or
employed by any of the parties to this action, and
9     further, that I am not a relative or employee of any
attorney or counsel employed by the parties hereto or
10    financially interested in the action.

          IN WITNESS WHEREOF, I have set my hand this 19th day
11    of September, 2017.

12

          /s/ Patrice A. Murray
13          Patrice A. Murray, CSR, RPR, RMR, FCRR
          United States District Court, NDIA
14          111 Seventh Avenue S.E., Box 4
          Cedar Rapids, Iowa 52401-2101

15

16

17

18

19

20

21

22

23

24

25

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR  Document 15  Filed 09/19/17  Page 44 of 52

## $

**$100,000** [4] - 26:13, 33:4, 37:4, 42:15
**$20,000** [1] - 36:21
**$3,500** [1] - 11:19
**$300** [1] - 30:7
**$576** [1] - 10:24
**$6,000** [2] - 15:18, 28:24
**$7,000** [2] - 15:15, 28:22
**$750** [1] - 28:4

## /

**/s** [1] - 44:12

## 1

**1** [3] - 1:10, 14:8, 34:9
**1-pound** [3] - 16:12, 16:14, 19:25
**10** [6] - 14:15, 32:10, 33:4, 36:3, 36:20, 36:21
**10-pound** [1] - 14:21
**102** [1] - 11:13
**105** [9] - 6:17, 8:7, 8:11, 8:13, 18:1, 27:15, 29:18, 30:1, 34:13
**10:52** [1] - 43:6
**11** [1] - 32:11
**11.9** [1] - 8:10
**111** [5] - 1:10, 1:12, 1:17, 1:24, 44:14
**11th** [1] - 20:13
**12** [2] - 24:12, 24:13
**123005** [2] - 32:11, 33:3
**14** [1] - 41:25
**14th** [1] - 25:13
**15** [3] - 5:12, 6:12, 36:21
**15th** [2] - 15:20, 34:1
**16** [1] - 41:25
**17** [1] - 40:23
**17-MJ-279** [2] - 1:5, 3:4
**19** [1] - 2:3
**19th** [4] - 13:15, 17:25, 31:15, 44:10

## 2

**2** [4] - 24:8, 24:24, 34:3, 36:3
**2-gram** [1] - 24:18
**2-pound** [2] - 14:18, 24:18
**2000** [1] - 40:24
**2002** [1] - 5:13
**2003** [1] - 40:24
**2013** [2] - 5:17, 12:8
**2015** [2] - 20:13, 34:21
**2016** [1] - 15:2
**2017** [8] - 1:17, 6:12, 16:2,

23:17, 33:3, 33:4, 42:10, 44:11
**26** [1] - 42:10
**26th** [15] - 6:17, 8:7, 8:12, 8:13, 18:1, 22:16, 23:9, 24:21, 25:20, 27:16, 29:18, 30:1, 34:13, 37:17, 37:18
**27** [1] - 2:3
**286-2338** [1] - 1:25
**28th** [1] - 1:17

## 3

**3** [6] - 3:11, 4:7, 15:10, 17:22, 17:23, 33:25
**3-pound** [2] - 14:9, 14:19
**30th** [1] - 17:8
**319** [1] - 1:25

## 4

**4** [2] - 1:24, 44:14

## 5

**5** [3] - 2:3, 14:13, 36:3
**500** [1] - 3:12
**50158** [1] - 1:12
**520** [2] - 17:21, 26:24
**52401** [1] - 1:10
**52401-2101** [2] - 1:24, 44:14
**57** [1] - 11:15

## 6

**6** [4] - 28:1, 28:4, 28:7

## 7

**7** [2] - 16:2, 33:3
**725** [1] - 28:4
**750** [2] - 28:6, 28:7
**7th** [2] - 16:5, 26:16

## 8

**880** [2] - 7:8, 34:2

## 9

**9/19/17** [1] - 1:21
**9/7/17** [1] - 1:21
**93** [1] - 7:11, 34:3
**9:54** [1] - 1:18

## A

**a.m** [2] - 1:18, 43:6
**ability** [3] - 37:23, 37:25, 44:4
**able** [2] - 12:23, 26:12
**absolutely** [1] - 35:24
**abuse** [3] - 38:1, 41:9, 41:13
**Academy** [1] - 5:13
**accept** [3] - 4:11, 33:12, 42:7
**accepted** [2] - 9:7, 34:9
**accessed** [1] - 11:8
**accomplished** [2] - 9:5, 14:17
**according** [3] - 7:11, 26:17, 34:11
**account** [1] - 42:5
**action** [2] - 44:8, 44:9
**activities** [1] - 20:4
**activity** [1] - 8:16
**acts** [1] - 42:4
**actual** [1] - 8:10
**Adam** [1] - 20:1
**add** [1] - 37:19
**addict** [1] - 12:11
**additional** [3] - 41:23, 41:24, 42:13
**address** [27] - 8:13, 16:13, 16:14, 16:24, 16:25, 18:1, 22:16, 24:22, 25:4, 25:10, 25:12, 25:13, 25:17, 25:18, 25:20, 26:18, 26:22, 27:3, 27:5, 30:2, 32:22, 34:13, 37:17, 37:18, 39:14
**addressed** [2] - 26:5, 30:24
**adult** [2] - 35:7, 41:25
**advance** [1] - 28:5
**advise** [1] - 19:17
**advised** [5] - 12:14, 13:18, 17:20, 26:23, 28:2
**advising** [2] - 20:20, 20:21
**aerial** [1] - 18:7
**affirmed** [1] - 4:17
**age** [1] - 40:23
**agent** [1] - 19:9
**ago** [2] - 17:23, 34:11
**agree** [1] - 38:24
**agreed** [1] - 28:18
**agreement** [1] - 39:12
**ahead** [1] - 9:25
**ahold** [5] - 12:12, 20:21, 20:23, 21:3, 21:7
**alcohol** [1] - 41:16
**allegations** [1] - 39:14
**allege** [1] - 20:5
**alleged** [3] - 36:1, 38:20, 40:12
**allow** [1] - 32:21
**allowed** [1] - 32:16
**almost** [1] - 35:7

## A

**AMERICA** [1] - 1:3
**America** [1] - 3:3
**amount** [5] - 10:23, 11:16, 26:15, 28:18, 30:3
**amounts** [7] - 7:14, 14:2, 14:5, 29:6, 29:13, 29:14, 33:22
**analyzes** [1] - 35:16
**AND** [1] - 1:15
**answer** [3] - 23:3, 23:7, 25:1
**Anthony** [4] - 7:25, 19:9, 29:21, 36:6
**anticipation** [1] - 8:5
**apart** [1] - 15:8
**apartment** [1] - 23:9
**appeal** [1] - 42:22
**appear** [2] - 37:8, 38:14
**appearance** [2] - 3:10, 3:14
**APPEARANCES** [1] - 1:9
**appeared** [5] - 1:11, 1:13, 8:20, 23:10, 27:15
**approach** [2] - 17:15, 19:2
**April** [7] - 16:2, 16:5, 17:21, 26:16, 33:3, 34:7, 37:5
**area** [4] - 10:2, 10:13, 40:19
**argument** [1] - 33:15
**Arizona** [4] - 12:16, 12:21, 39:4, 40:1
**arranged** [1] - 13:6
**arrest** [1] - 34:6
**arrested** [4] - 10:22, 15:23, 39:23, 42:10
**arrival** [1] - 23:19
**aside** [1] - 3:16
**assigned** [2] - 5:7, 5:17
**Assistant** [1] - 3:6
**assisted** [1] - 44:5
**associate** [1] - 31:6
**associated** [1] - 31:3
**assume** [1] - 22:9
**assumed** [1] - 25:15
**assure** [1] - 37:7
**attended** [2] - 5:15, 5:19
**ATTORNEY** [1] - 1:10
**Attorney** [2] - 3:6, 3:8
**attorney** [3] - 1:12, 13:18, 44:9
**Attorney's** [1] - 1:10
**atypical** [3] - 36:24, 38:24, 38:25
**August** [2] - 1:17, 33:4
**Avenue** [4] - 1:10, 1:17, 1:24, 44:14
**aware** [2] - 22:18, 22:23

## B

**baggies** [1] - 7:3
**bags** [1] - 6:22
**based** [7] - 12:4, 24:24, 26:6, 38:20, 38:21, 39:13, 39:22

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 45 of 52

became [1] - 29:6
bedroom [2] - 11:7
BEFORE [1] - 1:16
began [6] - 6:11, 8:4, 13:17, 13:23, 33:24, 39:2
beginning [1] - 13:21
behalf [5] - 1:11, 1:13, 31:23, 42:23, 43:2
behind [3] - 10:13, 10:15, 21:4
bench [1] - 11:10
best [2] - 37:15, 44:4
between [4] - 10:14, 23:22, 36:18, 41:17
big [1] - 29:6
billed [1] - 25:14
billing [3] - 25:8, 25:10, 25:12
bills [2] - 25:8, 25:11
black [2] - 10:6, 11:12
boggling [3] - 35:22, 35:24, 36:18
bond [10] - 26:13, 33:4, 33:5, 37:5, 39:18, 40:5, 41:12, 42:9, 42:15
Box [3] - 1:10, 1:24, 44:14
Bradel [3] - 16:15, 16:24, 26:25
Brandon [3] - 25:23, 26:2, 26:5
briefly [4] - 5:9, 6:10, 14:1, 33:16
burden [4] - 3:18, 41:1, 41:5, 42:19
businesses [1] - 23:22
buying [1] - 15:16
BY [3] - 5:2, 19:8, 27:13

## C

C.J [2] - 1:16, 44:3
call [8] - 4:13, 6:13, 11:3, 11:11, 20:22, 23:15, 23:16, 36:16
called [3] - 4:17, 23:23, 32:10
calling [2] - 21:3, 22:6
calls [1] - 36:9
carried [1] - 42:19
carry [1] - 41:4
Case [3] - 3:3, 32:11, 33:2
case [17] - 25:15, 33:25, 35:9, 35:16, 35:18, 35:19, 35:21, 35:22, 37:4, 37:14, 38:11, 38:15, 38:24, 42:6, 42:12, 42:21
cases [1] - 35:20
cash [6] - 11:19, 28:6, 29:2, 29:12, 29:14
caught [1] - 39:5
caused [1] - 41:18

causing [1] - 41:11
Cedar [4] - 1:10, 1:18, 1:24, 44:14
certain [1] - 32:20
certainly [3] - 7:16, 35:19, 38:14
Certified [2] - 1:19, 44:2
certify [2] - 44:2, 44:7
CHAD [2] - 1:12, 4:16
Chad [4] - 2:3, 3:8, 4:14, 4:22
chance [2] - 16:16, 18:10
charge [4] - 19:10, 19:11, 42:8, 42:11
charged [2] - 26:9, 40:25
charges [6] - 3:11, 39:19, 39:24, 40:5, 42:6, 42:11
checked [1] - 25:7
Church [1] - 1:12
City [2] - 5:6, 25:7
clarify [2] - 32:6, 32:10
clear [4] - 33:18, 41:9, 41:12, 42:13
client [1] - 32:9
close [4] - 10:8, 30:11, 33:22, 39:25
closely [2] - 37:1, 39:23
clothing [3] - 12:1, 30:17, 30:22
combination [1] - 41:21
combined [1] - 39:6
comfortable [3] - 4:20, 14:13, 14:22
coming [3] - 22:22, 35:15, 39:3
commencing [1] - 1:18
commit [1] - 42:4
committed [4] - 38:19, 40:12, 41:23, 42:1
committing [2] - 41:22, 42:13
community [7] - 33:20, 34:17, 35:11, 37:8, 40:17, 41:7, 41:8
company [1] - 6:21
complaint [6] - 3:10, 4:6, 36:12, 38:20, 38:21, 40:13
Completed [1] - 1:21
complied [1] - 10:7
component [1] - 38:2
computer [1] - 44:5
computer-assisted [1] - 44:5
concerns [1] - 41:19
conclude [1] - 43:4
concluded [1] - 43:6
condition [1] - 41:21
conditions [7] - 34:19, 35:10, 37:6, 37:21, 38:16, 41:21, 42:3
conduct [2] - 41:4, 42:14

conducting [1] - 8:6
conferred [2] - 17:18, 19:1
conferring [1] - 19:6
confirm [3] - 22:2, 24:17, 27:7
confirmed [1] - 28:9
conjectural [1] - 37:15
connected [2] - 20:4, 20:6
connection [10] - 20:8, 20:10, 26:21, 27:3, 27:5, 39:1, 39:2, 39:9, 40:7, 41:17
consider [1] - 4:3
consistent [1] - 7:16
conspiracy [2] - 3:12, 40:10
contact [4] - 6:5, 10:10, 12:9, 21:6
contacted [4] - 6:23, 12:13, 12:18, 16:10
contacts [1] - 13:13
containing [3] - 3:13, 6:22, 7:3
contents [1] - 4:6
continue [1] - 42:4
continued [2] - 39:16, 42:7
continuing [2] - 40:3, 41:8
controlled [8] - 8:6, 9:4, 34:20, 35:1, 39:16, 39:18, 41:15, 42:10
conversations [1] - 12:25
convicted [1] - 40:25
conviction [2] - 35:5
convictions [3] - 35:2, 35:4, 41:25
convinces [1] - 41:20
convincing [1] - 33:19
cooperate [1] - 34:23
coordinated [1] - 28:15
corner [1] - 18:5
correct [45] - 7:10, 7:20, 7:21, 7:23, 7:25, 8:1, 8:24, 8:25, 9:3, 15:3, 15:5, 15:6, 15:8, 15:9, 15:11, 15:12, 15:21, 15:22, 15:24, 19:21, 21:15, 23:14, 23:25, 24:23, 26:8, 26:10, 26:11, 26:14, 26:20, 27:16, 27:17, 27:20, 27:21, 27:23, 28:6, 28:8, 28:12, 28:20, 28:22, 29:15, 29:16, 30:8, 30:15, 30:16, 30:18
correctly [1] - 40:2
corroborate [1] - 16:19
corroborated [2] - 34:4, 40:2
Counsel [1] - 17:18
counsel [6] - 19:1, 27:14, 32:13, 32:21, 40:18, 44:9
count [1] - 41:25
couple [6] - 13:2, 15:4, 15:7, 17:7, 26:12, 37:4, 37:12, 39:25
course [2] - 13:2, 15:11

courses [1] - 5:16
COURT [29] - 1:1, 3:2, 4:1, 4:3, 4:9, 4:11, 4:15, 4:19, 4:23, 6:9, 17:17, 18:24, 19:4, 27:10, 31:9, 31:11, 31:17, 31:20, 31:22, 31:25, 32:3, 32:16, 33:9, 33:12, 33:17, 35:13, 38:17, 43:1, 43:4
Court [29] - 1:23, 3:2, 4:11, 5:9, 6:2, 6:11, 12:6, 15:25, 16:7, 29:23, 32:6, 32:9, 32:18, 33:12, 35:15, 35:18, 35:19, 35:21, 36:24, 37:6, 37:20, 37:22, 37:24, 38:16, 39:11, 39:13, 40:8, 41:19, 44:13
court [9] - 3:1, 4:21, 26:9, 33:5, 35:10, 38:11, 42:6, 42:12, 42:18
court's [2] - 3:11, 4:8
court-ordered [1] - 35:10
courtroom [1] - 5:23
courts [1] - 33:22
Cove [3] - 16:15, 16:24, 26:25
credit [1] - 42:6
crimes [3] - 35:8, 41:23, 41:24
criminal [11] - 3:10, 4:6, 34:24, 35:7, 38:20, 38:21, 40:22, 40:23, 41:20, 42:4, 42:13
cross [1] - 18:24
CROSS [1] - 19:7
cross-examination [1] - 18:24
CROSS-EXAMINATION [1] - 19:7
crystal [1] - 11:14
crystalline [2] - 6:22, 7:3
CSR [2] - 1:23, 44:13
currency [1] - 10:23
custody [6] - 7:1, 19:15, 19:16, 33:5, 38:6

## D

danger [7] - 33:19, 34:17, 35:11, 37:8, 41:6, 41:7, 41:8
date [9] - 17:4, 18:9, 21:13, 24:7, 24:11, 24:19, 30:9, 30:11, 31:13
daughter [2] - 38:7, 40:20
days [1] - 31:14
dealing [1] - 20:4
debrief [1] - 39:15
decided [3] - 21:6, 40:7
decision [1] - 42:22
Defendant [2] - 1:7, 1:13
defendant [56] - 3:7, 3:9, 3:20, 6:8, 6:11, 8:23, 9:19, 9:22, 10:8, 11:22, 14:3, 15:13,

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 46 of 52

15:23, 15:25, 16:4, 18:16, 18:20, 19:1, 19:5, 27:18, 28:10, 28:17, 30:15, 30:20, 31:6, 32:14, 33:19, 33:21, 34:8, 34:11, 34:17, 34:20, 34:21, 35:1, 35:23, 38:19, 39:1, 39:5, 39:16, 39:21, 40:1, 40:4, 40:9, 40:12, 40:15, 40:17, 41:3, 41:6, 41:7, 41:23, 42:1, 42:2, 42:20, 42:21, 43:2

**defendant's** [14] - 3:15, 6:3, 10:21, 15:20, 18:1, 18:13, 32:14, 34:6, 34:24, 35:7, 38:23, 39:4, 40:21, 41:14

**defense** [4] - 27:14, 32:13, 32:21, 40:18

**delivered** [5] - 8:11, 9:2, 9:11, 24:11, 24:14

**deliveries** [1] - 26:18

**delivery** [5] - 8:6, 9:4, 14:17, 24:18, 24:22

**department** [2] - 24:13, 26:7

**Derek** [11] - 3:3, 5:21, 6:17, 7:20, 20:20, 20:22, 26:24, 28:3, 36:6, 36:9, 36:10

**DEREK** [1] - 1:6

**describe** [15] - 5:9, 6:1, 6:10, 9:9, 9:21, 11:3, 12:6, 12:25, 13:15, 15:1, 16:3, 16:7, 18:20, 28:14, 29:23

**described** [2] - 14:23, 28:17

**describing** [1] - 21:8

**desperately** [1] - 21:3

**destined** [2] - 6:16, 7:20

**detail** [1] - 28:14

**detained** [2] - 35:12, 42:20

**detaining** [1] - 3:20

**DETENTION** [1] - 1:15

**detention** [6] - 3:5, 3:15, 3:17, 32:2, 35:17, 40:14

**different** [4] - 20:16, 21:24, 25:12, 25:18

**digital** [1] - 11:18

**diligent** [1] - 33:1

**dining** [3] - 10:1, 10:5, 10:14

**DIRECT** [1] - 5:1

**directed** [1] - 24:1

**direction** [1] - 44:5

**directly** [3] - 9:24, 11:4, 21:12

**directs** [1] - 24:4

**disagrees** [1] - 42:21

**discovery** [1] - 24:24

**discuss** [1] - 34:24

**discussed** [1] - 35:15

**discussions** [2] - 24:18, 28:13

**dispute** [1] - 37:12

**distribute** [3] - 3:12, 7:17, 39:16

**distributing** [6] - 34:14, 34:18, 36:5, 39:2, 39:10,

39:12

**distribution** [1] - 39:17

**distributor** [2] - 7:14, 34:18

**distributor-level** [1] - 7:14

**distributors** [1] - 36:11

**district** [1] - 42:22

**DISTRICT** [2] - 1:1, 1:1

**District** [2] - 1:23, 44:13

**document** [1] - 17:19

**Document** [2] - 3:11, 4:7

**dollar** [1] - 29:5

**done** [4] - 22:19, 23:8, 33:1, 37:3

**doorway** [1] - 10:14

**down** [5] - 8:24, 15:18, 28:24, 29:8, 31:22

**draft** [1] - 17:9

**Drew** [1] - 3:7

**DREW** [1] - 1:10

**driving** [2] - 41:10, 41:18

**dropped** [2] - 15:17, 28:24

**Drug** [9] - 5:8, 5:18, 6:13, 6:25, 7:19, 9:13, 12:8, 18:3, 36:15

**drug** [6] - 5:17, 12:11, 20:4, 34:21, 34:22, 41:9

**drugs** [6] - 6:23, 30:3, 39:2

**Dubuque** [23] - 5:6, 5:7, 5:18, 6:15, 6:25, 9:13, 12:9, 12:15, 13:24, 16:13, 16:15, 18:2, 18:8, 19:20, 19:24, 20:13, 20:14, 20:19, 21:23, 36:15, 38:4, 38:13, 40:19

**due** [2] - 6:20, 12:10

**duly** [1] - 4:17

**during** [9] - 5:15, 8:7, 14:10, 20:1, 20:17, 26:3, 30:3, 39:15, 39:21

**E**

**early** [2] - 6:14, 23:19

**East** [14] - 1:12, 6:17, 8:7, 8:11, 8:13, 18:1, 22:16, 25:20, 27:15, 29:18, 30:1, 34:13, 37:17, 37:18

**EDMS** [1] - 33:2

**either** [2] - 10:13, 35:8

**Elementary** [1] - 18:5

**Ellie** [2] - 10:12, 27:7

**employed** [3] - 5:11, 44:8, 44:9

**employee** [7] - 6:14, 6:15, 6:19, 6:20, 7:18, 23:18, 44:8

**employees** [2] - 38:5

**employment** [2] - 18:14, 18:15

**end** [1] - 31:15

**enforcement** [3] - 5:10, 23:16, 24:1

**Enforcement** [1] - 5:12

**engage** [1] - 41:8

**engaged** [1] - 40:9

**ensure** [1] - 34:19

**entered** [4] - 9:14, 9:23, 10:3, 23:4

**entire** [1] - 40:19

**escape** [3] - 35:5, 40:24, 40:25

**escapes** [1] - 40:22

**escaping** [1] - 41:4

**establish** [1] - 40:11

**establishing** [2] - 3:19

**event** [1] - 41:19

**eventually** [2] - 9:4, 13:4

**evidence** [15] - 3:21, 4:7, 31:23, 32:1, 32:4, 32:6, 32:7, 33:19, 36:5, 39:7, 39:10, 39:13, 40:7, 40:11, 41:2

**evidently** [1] - 37:17

**Ex** [3] - 16:23, 22:10, 36:20

**exact** [1] - 31:13

**examination** [2] - 18:24, 27:10

**EXAMINATION** [3] - 5:1, 19:7, 27:12

**examined** [1] - 4:18

**executed** [8] - 9:10, 9:13, 9:16, 10:25, 15:20, 24:21, 29:17, 31:12

**execution** [1] - 30:12

**exit** [1] - 8:18

**exiting** [1] - 8:23

**experience** [1] - 5:10

**extremely** [1] - 23:21

**eyes** [1] - 21:17

**F**

**facing** [1] - 19:11

**fact** [8] - 7:9, 28:9, 33:10, 33:13, 36:24, 37:10, 41:23, 42:5

**facts** [7] - 32:17, 32:20, 33:6, 35:22, 37:13, 37:14, 38:15

**failure** [1] - 38:13

**fair** [1] - 21:13

**fairly** [4] - 39:11, 39:25, 40:8, 41:15

**fall** [1] - 34:21

**familiar** [2] - 5:21, 12:7

**family** [7] - 11:24, 27:5, 30:15, 30:20, 34:22, 38:4, 40:19

**far** [5] - 13:22, 14:2, 22:4, 32:4, 34:19

**FCRR** [2] - 1:23, 44:13

**February** [3] - 25:13, 28:3, 28:10

**FECR** [2] - 32:11, 33:3

**Fed** [3] - 16:23, 22:10, 36:20

**federal** [3] - 19:10, 19:11,

39:24

**feet** [2] - 10:15, 18:4

**felon** [1] - 35:5

**felony** [2] - 42:11

**few** [7] - 10:15, 14:4, 14:5, 15:10, 20:16, 20:17, 33:24

**fight** [2] - 38:6, 38:9

**file** [2] - 3:11, 4:8

**filed** [1] - 3:10

**financial** [2] - 21:5, 21:9

**financially** [1] - 44:9

**find** [8] - 9:19, 29:20, 36:17, 38:18, 40:10, 40:16, 41:7, 42:19

**findings** [1] - 42:21

**firm** [1] - 1:12

**first** [12] - 3:23, 4:17, 11:4, 12:7, 14:4, 14:6, 15:1, 15:15, 28:23, 28:25, 30:3, 38:17

**fix** [2] - 37:21, 38:16

**flags** [1] - 6:20

**flee** [1] - 37:6

**flight** [2] - 33:20, 35:11

**floor** [3] - 9:25, 11:2, 11:12

**following** [1] - 3:1

**follows** [1] - 4:18

**FOR** [1] - 1:1

**force** [1] - 8:3

**Force** [9] - 5:8, 5:18, 6:13, 6:25, 7:19, 9:13, 12:8, 18:3, 36:15

**foregoing** [1] - 44:5

**forward** [1] - 4:15

**four** [1] - 14:17

**free** [1] - 33:5

**FRESE** [13] - 1:12, 4:2, 4:10, 18:25, 19:8, 27:9, 31:10, 31:21, 32:1, 32:4, 32:25, 35:14, 43:3

**Frese** [6] - 1:12, 3:8, 31:20, 31:25, 35:13, 43:1

**front** [3] - 7:24, 22:8, 28:18

**Fulton** [1] - 18:4

**G**

**garbage** [2] - 30:1, 30:4

**Gary** [1] - 6:12

**geared** [1] - 5:16

**genesis** [1] - 38:11

**Geographical** [1] - 18:7

**get** [11] - 12:12, 20:21, 20:23, 21:3, 21:4, 21:5, 21:7, 28:25, 29:4, 36:16, 37:25

**getting** [1] - 20:25

**girl** [1] - 25:16

**girlfriend** [3] - 10:12, 22:17, 39:7

**given** [3] - 21:22, 40:25, 41:14

**giving** [1] - 36:6

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript*

Case 2:17-cr-01042-LTS-MAR Document 15 Filed 09/19/17 Page 47 of 52

**glass** [1] - 11:17
**gloves** [1] - 10:6
**Goerdt** [2] - 20:1, 20:9
**government** [6] - 3:15, 3:18, 32:19, 32:22, 42:19
**government's** [1] - 41:1
**GPS** [1] - 37:24
**graduated** [2] - 15:10, 33:25
**graduating** [1] - 5:12
**grams** [9] - 3:12, 7:8, 8:10, 11:13, 11:15, 24:12, 24:13, 29:4, 34:2
**ground** [2] - 9:1, 10:7
**grounds** [1] - 3:19
**guess** [6] - 11:2, 11:3, 11:11, 25:1, 25:15, 39:17

**H**

**habits** [1] - 18:14
**half** [2] - 5:15, 14:6
**Hall** [1] - 25:7
**hand** [2] - 40:21, 44:10
**handyman** [1] - 23:13
**happened** [1] - 9:9
**happening** [1] - 8:17
**health** [1] - 38:1
**heard** [2] - 33:14, 33:20
**HEARING** [2] - 1:15
**hearing** [9] - 3:5, 3:16, 3:17, 32:2, 43:5, 44:3, 44:4, 44:6
**heavy** [1] - 25:4
**HELD** [1] - 1:16
**held** [2] - 3:1, 44:3
**hereby** [1] - 44:2
**hereto** [1] - 44:9
**heretofore** [1] - 44:3
**highly** [1] - 36:22
**himself** [1] - 17:5
**history** [10] - 34:24, 35:7, 37:17, 38:10, 38:12, 40:22, 40:23, 41:9, 41:14, 41:20
**HON** [1] - 1:16
**Honor** [29] - 3:23, 3:25, 4:5, 4:10, 4:13, 4:24, 6:7, 17:16, 18:25, 19:2, 27:11, 31:10, 31:19, 31:21, 31:24, 32:5, 32:8, 32:12, 32:24, 33:11, 33:16, 33:18, 34:6, 34:11, 34:23, 35:6, 35:14, 42:25, 43:3
**Honorable** [1] - 44:3
**hooked** [1] - 20:10
**Hormel** [1] - 20:14
**hours** [1] - 6:14
**house** [2] - 23:10, 25:17, 26:6

**I**

**ice** [1] - 34:2
**identified** [1] - 6:8
**identify** [2] - 36:8, 36:11
**imagine** [1] - 41:14
**immediately** [1] - 10:7
**important** [1] - 38:2
**impose** [1] - 41:22
**imposed** [1] - 42:3
**IN** [2] - 1:1, 44:10
**in-house** [2] - 25:17, 26:6
**in-person** [2] - 13:9, 13:16
**including** [2] - 5:20, 41:11
**increment** [1] - 14:10
**increments** [1] - 14:8
**INDEX** [1] - 2:1
**indicate** [3] - 12:20, 15:13, 17:2, 21:16, 24:7
**indicated** [5] - 7:19, 28:21, 29:2, 29:11, 44:3
**indicating** [3] - 11:21, 31:1, 41:15
**indicia** [1] - 23:5
**individual** [2] - 19:18, 23:23
**individuals** [1] - 20:3
**information** [7] - 4:3, 4:12, 22:5, 32:23, 36:6, 38:21, 39:6
**Information** [1] - 18:8
**initial** [3] - 3:9, 3:14, 28:21
**injury** [4] - 35:4, 41:11, 41:13, 41:18
**INMAN** [22] - 1:10, 3:23, 4:5, 4:13, 4:24, 5:2, 6:7, 17:15, 18:23, 19:2, 19:5, 27:11, 27:13, 31:8, 31:19, 31:24, 32:12, 32:24, 33:11, 33:16, 33:18, 42:25
**Inman** [6] - 3:7, 3:18, 31:18, 33:9, 33:14, 42:23
**innocence** [1] - 35:24
**inside** [10] - 8:11, 8:21, 9:12, 9:19, 10:15, 11:14, 11:16, 22:25, 27:15, 37:2
**instance** [1] - 7:17
**intent** [1] - 7:17
**intercepted** [1] - 12:19
**interdiction** [1] - 5:17
**interested** [1] - 44:9
**interesting** [1] - 35:19
**interview** [7] - 13:9, 13:16, 17:8, 17:9, 17:24, 18:10, 31:15
**interviewed** [1] - 18:9
**interviewing** [1] - 13:17
**investigate** [1] - 12:3
**investigation** [2] - 6:11, 25:2
**Investigator** [4] - 4:13, 33:21, 34:15, 36:16
**investigator** [6] - 5:7, 5:18, 6:10, 23:1, 38:22, 39:20

**investigators** [3] - 8:8, 8:18, 9:13
**IOWA** [1] - 1:1
**Iowa** [12] - 1:10, 1:12, 1:18, 1:24, 5:6, 5:12, 6:15, 13:7, 33:2, 38:13, 44:2, 44:14
**issue** [3] - 35:17, 38:18, 40:14
**item** [1] - 8:21

**J**

**jail** [3] - 16:1, 16:9, 26:12
**job's** [1] - 38:5
**journals** [3] - 30:23, 30:25, 31:3
**judge** [1] - 42:22
**July** [9] - 13:10, 13:15, 17:25, 28:11, 28:14, 31:15, 31:16, 39:15, 42:10
**jumpsuit** [1] - 6:4
**June** [4] - 5:17, 17:8, 17:24, 34:10
**Justin** [2] - 19:23, 20:14
**juvenile** [1] - 40:23

**K**

**Kaplan** [1] - 1:12
**keep** [1] - 35:12
**key** [1] - 23:2
**kicked** [1] - 21:5
**kitchen** [3] - 10:2, 10:14, 10:15
**knowledge** [2] - 20:3, 26:22
**known** [3] - 36:9, 36:11, 36:15

**L**

**L-E-I-T-Z-E-N** [1] - 4:22
**lab** [2] - 7:4, 7:12
**lack** [1] - 38:13
**laid** [1] - 21:17
**landlord** [1] - 25:14
**large** [5] - 10:23, 11:15, 30:3, 33:22, 34:18
**larger** [1] - 29:12
**last** [11] - 3:9, 4:21, 17:2, 17:6, 17:12, 17:22, 17:23, 20:25, 33:24, 34:9, 37:11
**late** [2] - 17:21, 34:10
**laundry** [3] - 11:5, 11:8
**law** [3] - 5:10, 23:15, 24:1
**Law** [1] - 5:12
**leading** [1] - 9:24
**leads** [3] - 10:1, 11:4, 11:6
**learn** [1] - 27:25
**learned** [1] - 22:4
**least** [6] - 7:11, 14:8, 34:3,

**34:4**, 35:1, 35:2
**leaving** [1] - 8:9
**left** [4] - 10:2, 10:4, 11:7, 34:21
**Leitzen** [7] - 2:3, 4:14, 4:22, 19:9, 33:21, 34:16, 36:16
**LEITZEN** [1] - 4:16
**level** [1] - 7:14
**life** [1] - 40:19
**lifelong** [1] - 38:4
**light** [1] - 31:17
**likely** [1] - 41:2
**live** [3] - 12:15, 27:19, 34:14
**lived** [3] - 12:9, 25:2, 40:18
**living** [16] - 9:23, 10:1, 10:3, 10:4, 10:18, 10:20, 12:16, 20:12, 22:17, 23:5, 25:17, 25:18, 25:19, 26:7, 28:10, 39:3
**local** [1] - 6:15
**located** [4] - 6:21, 11:14, 30:1, 30:3
**location** [5] - 3:14, 18:2, 25:21, 37:24, 40:20
**look** [5] - 6:24, 16:16, 36:12, 37:1, 37:6
**looked** [4] - 10:4, 14:14, 24:16, 31:4
**looking** [4] - 8:20, 8:24, 9:1, 40:21
**looks** [1] - 35:18
**low** [1] - 41:5

**M**

**machine** [2] - 1:20, 11:10
**made** [8] - 17:3, 17:6, 17:13, 27:18, 31:1, 39:1, 39:9, 40:6
**mail** [4] - 14:3, 29:3, 29:8, 36:20
**majority** [2] - 8:9, 35:6
**make** [5] - 10:10, 10:17, 29:13, 32:13, 37:25
**making** [1] - 15:1
**manager** [2] - 27:22, 28:2
**manner** [2] - 38:25, 41:18
**mapping** [1] - 18:7
**March** [5] - 6:12, 15:20, 23:17, 34:1, 34:7
**marijuana** [1] - 11:15
**Marshalltown** [1] - 1:12
**Mart** [2] - 29:4, 29:5
**material** [1] - 11:16
**matter** [3] - 3:2, 3:4, 40:10
**McCarron** [49] - 7:25, 12:4, 12:7, 12:18, 12:24, 13:1, 13:6, 13:12, 13:16, 14:1, 14:23, 15:17, 16:3, 16:8, 16:10, 16:12, 17:5, 17:10, 17:20, 18:9, 19:9, 20:11, 20:12, 20:21, 20:24, 21:6, 21:9,

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript*
Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 48 of 52

21:14, 21:16, 21:18, 24:7, 26:17, 26:23, 28:13, 28:14, 28:24, 29:2, 29:11, 29:21, 30:6, 34:8, 36:6, 36:14, 37:10, 39:1, 39:3, 39:15, 40:1
**McCarron's** [4] - 12:22, 16:16, 37:13, 40:3
**McIntyre** [7] - 10:12, 10:17, 18:11, 27:7, 28:9, 34:15, 36:12
**mean** [1] - 37:2
**means** [1] - 44:4
**memory** [1] - 17:12
**men's** [3] - 12:1, 30:17, 30:22
**mental** [1] - 38:1
**message** [1] - 21:20
**messages** [3] - 16:22, 17:2, 24:17
**met** [1] - 36:7
**meth** [4] - 18:19, 34:18, 36:20
**methamphetamine** [47] - 3:13, 5:20, 7:6, 7:8, 7:15, 8:9, 8:10, 11:14, 11:17, 13:5, 13:24, 14:2, 14:16, 14:19, 14:20, 15:2, 15:14, 15:17, 16:4, 16:11, 17:3, 17:6, 17:13, 18:17, 18:21, 19:18, 19:23, 19:25, 20:15, 20:18, 24:9, 29:1, 29:10, 33:22, 34:2, 34:14, 34:16, 36:1, 36:4, 36:8, 36:11, 37:11, 37:16, 39:10, 39:13, 40:4, 42:8
**method** [1] - 39:9
**methods** [2] - 3:24, 29:7
**middle** [6] - 11:3, 11:6, 11:9, 28:2, 38:6
**might** [1] - 25:25
**missing** [1] - 29:14
**mixture** [1] - 3:13
**moment** [1] - 18:25
**money** [7] - 20:25, 21:4, 21:10, 28:18, 29:4, 29:8, 40:1
**monitoring** [1] - 37:25
**month** [1] - 28:4
**months** [9] - 13:2, 28:1, 28:4, 28:7, 34:11, 36:2, 37:9, 37:12
**morning** [4] - 5:3, 5:4, 6:14, 23:19
**most** [4] - 5:16, 15:11, 31:7, 41:20
**mother** [4] - 12:10, 12:13, 12:23, 36:16
**moved** [3] - 20:17, 25:11, 25:12
**MR** [33] - 3:23, 4:2, 4:5, 4:10, 4:13, 4:24, 5:2, 6:7, 17:15, 18:23, 18:25, 19:2, 19:5, 19:8, 27:9, 27:11, 27:13, 31:8, 31:10, 31:19, 31:21, 31:24,

32:1, 32:4, 32:12, 32:24, 32:25, 33:11, 33:16, 33:18, 35:14, 42:25, 43:3
**multi** [1] - 36:1
**multiple** [2] - 35:4, 41:10
**Murray** [5] - 1:19, 1:23, 44:2, 44:12, 44:13

## N

**name** [6] - 4:20, 4:21, 12:4, 12:12, 25:24, 31:7
**named** [1] - 20:1
**NDIA** [1] - 44:13
**nearly** [1] - 5:12
**never** [3] - 21:19, 36:7
**new** [1] - 25:12
**New** [1] - 20:1
**next** [5] - 8:2, 8:3, 10:5, 17:21, 28:1
**nexus** [1] - 36:18
**nonappearance** [2] - 40:15, 40:16, 41:3
**north** [2] - 10:3, 10:6
**NORTHERN** [1] - 1:1
**notable** [3] - 8:16, 10:21, 18:2
**note** [3] - 35:1, 40:18, 42:9
**noted** [1] - 40:17
**Number** [5] - 3:4, 3:11, 4:7, 32:11, 33:2
**number** [8] - 12:12, 12:14, 12:17, 12:22, 20:20, 20:22, 21:22, 36:17
**numbers** [4] - 16:23, 22:1, 22:2, 22:3
**numerous** [4] - 5:16, 5:19, 13:1, 30:23

## O

**Oberman** [12] - 19:24, 20:8, 20:14, 20:15, 20:18, 20:19, 20:22, 20:24, 21:1, 21:3, 21:7, 21:10
**obey** [2] - 42:3, 42:17
**obeyed** [1] - 42:18
**object** [2] - 32:12, 32:17
**objection** [4] - 4:1, 4:2, 4:9, 33:10
**objects** [1] - 32:20
**observations** [1] - 38:23
**observed** [3] - 8:18, 8:23, 10:4
**obtain** [1] - 18:17
**occasions** [4] - 8:19, 12:10, 13:1, 20:16
**occurred** [1] - 35:8
**occurs** [1] - 23:22
**odd** [3] - 39:8, 40:6

**OF** [2] - 1:1, 1:3
**offenses** [2] - 38:19, 40:12
**offer** [3] - 3:24, 4:6, 33:6
**offered** [1] - 32:18
**office** [1] - 8:8
**Office** [1] - 1:10
**officer** [4] - 5:6, 5:11, 5:14, 18:3
**OLIVER** [1] - 1:10
**once** [5] - 8:3, 8:4, 9:11, 14:22, 29:9
**one** [8] - 14:21, 16:25, 17:21, 21:21, 23:1, 34:4, 36:23, 40:23
**ones** [2] - 31:4
**open** [3] - 3:1, 24:1, 24:5
**opened** [4] - 6:21, 11:13, 23:2, 23:24
**orange** [1] - 6:4
**order** [3] - 14:15, 24:17, 42:19
**Ordered** [1] - 1:21
**ordered** [2] - 10:7, 35:10
**orders** [2] - 42:17, 42:18
**originally** [1] - 26:9
**ounces** [4] - 14:5, 15:5, 15:10, 33:25
**overnight** [1] - 23:19
**overwhelming** [2] - 39:11, 40:9
**owed** [1] - 21:10
**OWI** [1] - 35:4
**own** [1] - 41:3
**owner** [2] - 25:14, 27:23

## P

**package** [35] - 6:16, 6:18, 6:21, 7:18, 7:22, 7:24, 8:3, 8:4, 8:6, 8:11, 9:2, 9:7, 9:11, 9:12, 10:8, 12:4, 12:19, 14:6, 14:7, 16:12, 16:23, 17:20, 17:22, 21:1, 23:17, 23:18, 23:24, 24:2, 24:5, 25:3, 34:1, 39:5, 39:6
**packages** [18] - 7:1, 13:5, 13:23, 14:4, 14:18, 14:19, 14:20, 16:14, 19:25, 20:2, 20:18, 20:24, 21:12, 22:11, 25:21, 25:25, 29:8, 39:3
**packaging** [1] - 11:16
**Page** [1] - 32:10
**paid** [6] - 21:1, 21:2, 27:25, 28:4, 28:6, 29:2
**paint** [1] - 27:14
**painting** [1] - 23:9
**pair** [1] - 10:6
**Pape** [2] - 6:13, 6:24
**paperwork** [2] - 30:23, 31:1
**parole** [5] - 30:24, 35:3, 35:9, 41:24, 42:1

**part** [1] - 9:16
**particular** [1] - 21:21
**parties** [2] - 44:8, 44:9
**pass** [1] - 20:11
**past** [2] - 13:13, 41:25
**Patrice** [5] - 1:19, 1:23, 44:2, 44:12, 44:13
**patrol** [1] - 5:14
**pay** [1] - 21:11
**paying** [3] - 15:14, 25:8, 25:11
**pending** [3] - 3:20, 42:12, 42:20
**penitentiary** [1] - 37:3
**people** [3] - 10:19, 11:25, 36:10
**per** [4] - 15:14, 15:18, 28:21, 34:21
**percent** [2] - 7:11, 34:3
**period** [2] - 8:19, 36:2
**person** [15] - 5:23, 10:22, 13:7, 13:9, 13:16, 18:10, 18:11, 21:19, 21:22, 23:20, 25:10, 25:19, 26:3, 36:9
**person-to-person** [1] - 23:20
**personal** [1] - 7:15
**personally** [1] - 3:7
**perspective** [1] - 37:19
**Phoenix** [6] - 12:16, 12:21, 13:5, 20:17, 36:4
**phone** [18] - 6:13, 12:12, 12:14, 12:17, 13:3, 16:17, 20:20, 20:22, 21:8, 21:20, 21:21, 21:23, 22:1, 22:2, 22:3, 22:6, 24:16, 36:17
**phones** [2] - 21:24, 36:9
**photographs** [4] - 11:23, 11:24, 16:21, 30:21
**physically** [1] - 21:17
**pictures** [2] - 30:14, 30:19
**piece** [1] - 32:6
**pipes** [1] - 11:17
**place** [3] - 39:21, 44:3, 44:6
**placed** [1] - 24:17
**Plaintiff** [1] - 1:4
**plastic** [1] - 6:22
**plus** [1] - 36:21
**pocket** [1] - 10:24
**point** [3] - 6:1, 35:20, 36:25
**police** [4] - 5:6, 5:11, 24:13, 26:6
**policy** [2] - 6:21, 24:4
**portion** [2] - 21:2, 25:5
**pose** [1] - 40:16
**poses** [5] - 33:19, 40:15, 41:3, 41:6, 41:7
**positive** [1] - 7:6
**possession** [2] - 7:16, 42:10
**possibly** [3] - 6:23, 20:8, 26:2
**post** [1] - 37:4

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript*
Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 49 of 52

**posted** [1] - 33:3
**posting** [1] - 42:14
**pound** [12] - 14:6, 14:8, 15:14, 15:15, 15:18, 28:21, 28:23, 28:24, 34:9, 36:1, 36:3, 42:7
**pounds** [10] - 14:13, 14:15, 15:10, 24:8, 24:24, 33:25, 34:3, 36:3, 36:20
**PRELIMINARY** [1] - 1:15
**preliminary** [3] - 3:4, 3:16, 32:2
**prepared** [1] - 8:14
**preparing** [1] - 8:4
**preponderance** [1] - 41:2
**presence** [1] - 13:17
**present** [2] - 3:7, 3:22
**presumption** [2] - 35:18, 35:23
**Pretrial** [8] - 3:24, 4:4, 32:7, 32:8, 33:7, 34:12, 34:25, 38:7
**prevent** [1] - 41:22
**previously** [1] - 13:22
**price** [3] - 15:17, 28:21, 28:24
**print** [1] - 44:4
**priority** [1] - 23:19
**probable** [5] - 3:19, 35:16, 38:18, 40:11
**probation** [6] - 30:24, 35:3, 35:6, 35:9, 41:24, 42:1
**problem** [1] - 41:10
**problems** [1] - 21:5
**proceed** [1] - 4:23
**proceeding** [1] - 37:22
**proceedings** [5] - 3:1, 3:20, 42:20, 44:4, 44:6
**Proceedings** [1] - 43:6
**proffer** [6] - 32:5, 32:13, 32:18, 32:21, 32:25, 37:13
**proffered** [5] - 32:20, 32:23, 33:6, 33:10, 33:13
**proffers** [1] - 32:16
**property** [3] - 25:14, 27:22, 28:2
**protected** [1] - 3:14
**proven** [1] - 33:13
**provided** [4] - 12:17, 12:22, 17:19, 20:19
**proximity** [1] - 10:8
**purchase** [1] - 29:9
**purity** [2] - 7:11, 34:3
**put** [2] - 14:15, 37:23

## Q

**quantities** [3] - 34:18, 39:17, 42:7
**questions** [5] - 13:19, 13:22, 18:23, 31:8, 31:17
**quite** [1] - 35:21

## R

**Rapids** [4] - 1:10, 1:18, 1:24, 44:14
**Rath** [61] - 3:3, 5:21, 6:3, 6:17, 7:20, 8:18, 9:8, 9:11, 9:15, 10:5, 10:20, 11:9, 11:23, 13:4, 13:23, 13:24, 14:10, 14:12, 14:15, 14:19, 14:20, 15:16, 15:18, 16:9, 16:10, 16:11, 19:24, 20:2, 20:4, 20:11, 20:22, 21:7, 21:8, 21:9, 21:12, 21:14, 21:17, 21:18, 22:17, 23:12, 25:9, 25:20, 26:9, 26:21, 26:24, 27:3, 27:18, 28:3, 29:1, 29:7, 30:25, 31:3, 33:3, 35:14, 35:25, 36:7, 36:9, 36:10, 36:12, 36:18, 36:23
**RATH** [1] - 1:6
**Rath's** [5] - 20:20, 24:14, 35:20, 35:22, 37:1
**rather** [2] - 25:3, 38:15
**RC** [1] - 2:2
**RD** [1] - 2:2
**reach** [1] - 12:23
**reached** [2] - 12:24, 39:11
**really** [2] - 21:14, 36:4
**reason** [3] - 18:3, 38:8, 42:16
**reasonably** [1] - 37:7
**reasons** [1] - 42:18
**receipt** [4] - 29:25, 30:5, 34:4, 39:17
**receipts** [3] - 16:22, 16:23, 29:20
**receive** [1] - 34:16
**received** [7] - 6:13, 6:16, 8:3, 8:4, 23:15, 23:16, 29:9
**receiving** [1] - 39:5
**recipient** [3] - 7:22, 30:6, 36:1
**recognize** [4] - 5:23, 6:5, 13:12, 36:25
**recognized** [1] - 12:11
**record** [6] - 6:7, 6:9, 34:25, 37:1, 42:2, 44:6
**records** [7] - 22:8, 22:9, 22:11, 24:16, 25:17, 26:6, 33:1
**recross** [1] - 31:9
**red** [1] - 6:20
**redirect** [1] - 27:10
**REDIRECT** [1] - 27:12
**reduced** [1] - 44:4
**reentered** [1] - 9:15
**reference** [1] - 24:20
**reflect** [2] - 6:7, 6:9
**reflected** [2] - 33:7, 38:7
**refresh** [1] - 17:12
**refused** [1] - 34:23
**regard** [2] - 38:17, 38:23,

40:14, 41:6
**regarding** [2] - 5:20, 41:20
**regular** [1] - 41:15
**related** [3] - 35:2, 41:14, 44:7
**relative** [1] - 44:8
**relatively** [2] - 30:11, 41:5
**release** [11] - 34:19, 35:10, 37:7, 37:12, 37:21, 38:16, 40:5, 42:5, 42:8, 42:14
**released** [6] - 16:1, 26:13, 26:15, 34:7, 39:18, 39:21
**reluctant** [1] - 13:3
**remember** [3] - 17:4, 29:24, 30:9
**remodeling** [1] - 23:9
**removed** [1] - 24:15
**rent** [3] - 21:4, 21:11, 27:25
**rented** [1] - 28:3
**repeated** [1] - 41:16
**replaced** [1] - 8:8
**Report** [8] - 3:24, 4:4, 32:7, 32:8, 33:8, 34:12, 34:25, 38:8
**report** [4] - 17:9, 34:22, 41:12, 42:9
**reported** [2] - 1:19, 44:3
**reporter** [1] - 4:21
**Reporter** [2] - 1:20, 44:2
**reports** [1] - 7:12
**represented** [2] - 3:6, 3:8
**request** [1] - 14:21
**researched** [2] - 22:1, 22:3
**residence** [28] - 8:5, 8:7, 8:17, 8:19, 8:22, 8:23, 9:12, 9:14, 9:15, 9:19, 9:23, 10:11, 10:13, 10:18, 11:2, 15:20, 22:20, 22:22, 24:14, 25:8, 26:3, 27:15, 27:19, 27:23, 28:1, 28:3, 29:18, 39:4
**resident** [1] - 38:4
**resists** [1] - 32:23
**rest** [3] - 21:10, 24:14, 39:7
**restrictions** [1] - 37:24
**resulted** [1] - 41:10
**results** [1] - 7:6
**return** [2] - 34:12, 36:22
**returned** [1] - 8:21
**Richard** [2] - 3:3, 5:21
**risk** [5] - 33:20, 35:11, 40:15, 40:16, 41:3
**RMR** [2] - 1:23, 44:13
**Road** [3] - 16:15, 16:24, 26:25
**Robey** [3] - 25:23, 26:2, 26:5
**rock** [1] - 8:9
**room** [26] - 9:23, 10:1, 10:2, 10:3, 10:4, 10:5, 10:6, 10:14, 11:3, 11:5, 11:6, 11:8, 11:9, 11:11, 11:12, 11:16, 11:21, 11:22, 11:24, 30:2, 30:4, 30:14, 30:20, 31:2
**RPR** [2] - 1:23, 44:13

## S

**S.E** [4] - 1:10, 1:18, 1:24, 44:14
**safe** [7] - 11:12, 11:14, 11:19, 22:24, 22:25, 23:2, 23:3
**salt** [1] - 8:9
**saw** [2] - 3:9, 9:21
**scale** [1] - 11:18
**School** [1] - 18:5
**screen** [1] - 16:22
**search** [18] - 8:5, 8:14, 9:10, 9:14, 9:16, 10:25, 15:19, 24:21, 26:4, 29:17, 30:4, 30:12, 31:11, 33:1, 39:7, 39:20, 39:22
**seat** [1] - 4:19
**second** [7] - 9:25, 11:2, 14:6, 29:17, 31:11, 39:20, 39:22
**seconds** [1] - 9:12
**see** [1] - 21:7
**seized** [2] - 7:18, 34:1
**selling** [1] - 33:22
**send** [5] - 14:12, 26:24, 29:8, 36:19, 36:21
**sending** [5] - 13:4, 13:23, 14:22, 20:2, 21:12
**sent** [17] - 7:24, 12:20, 13:25, 14:10, 15:7, 16:12, 17:20, 17:22, 17:23, 19:25, 20:17, 20:24, 21:1, 21:9, 23:19, 25:21, 25:25
**separate** [5] - 8:19, 14:17, 35:3, 35:9
**September** [5] - 5:13, 15:2, 20:13, 33:24, 44:11
**Sergeant** [2] - 6:12, 6:23
**serious** [2] - 35:4, 41:13
**Services** [9] - 3:24, 4:4, 18:8, 32:7, 32:8, 33:7, 34:12, 34:25, 38:7
**sessions** [1] - 5:19
**set** [4] - 3:15, 9:24, 11:10, 44:10
**Seventh** [4] - 1:10, 1:17, 1:24, 44:14
**several** [3] - 6:18, 12:10, 37:9
**share** [1] - 18:21
**shelf** [1] - 30:22
**shift** [1] - 20:14
**ship** [3] - 24:8, 29:10, 40:3
**shipment** [7] - 15:7, 17:3, 17:6, 17:13, 22:9, 22:11, 34:10
**shipments** [11] - 14:10, 14:24, 15:2, 16:4, 28:15, 29:3, 29:12, 29:15, 33:23, 34:9, 42:7
**shipped** [4] - 14:3, 14:18,

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
Case 2:17-cr-01042-LTS-MAR Document 15 Filed 09/19/17 Page 50 of 52
*to purchase a complete copy of the transcript*

28:19, 37:11
**shipping** [6] - 19:17, 19:23, 19:24, 28:25, 36:2, 37:16
**ships** [2] - 36:8, 37:18
**shirt** [1] - 6:4
**short** [1] - 8:19
**Shorthand** [2] - 1:19, 44:2
**shorthand** [1] - 1:20, 44:4
**shortly** [2] - 9:14, 20:16
**shots** [1] - 16:22
**show** [1] - 38:14
**showed** [2] - 25:17, 39:24
**showing** [1] - 41:1
**shown** [2] - 37:10, 37:20
**shows** [5] - 33:2, 38:10, 38:14, 42:2, 42:9
**sic** [1] - 8:17
**side** [1] - 10:3
**signed** [1] - 24:22
**simply** [1] - 41:1
**sitting** [1] - 6:3
**situation** [1] - 21:9
**six** [1] - 35:1
**smaller** [2] - 14:4, 29:13
**smoke** [1] - 11:17
**solely** [1] - 24:24
**someone** [5] - 35:25, 36:14, 36:19, 36:21, 37:16
**sometimes** [1] - 29:12
**somewhat** [1] - 37:14
**sorry** [1] - 19:11
**sort** [2] - 24:4, 25:3
**sought** [1] - 3:15
**sounds** [1] - 32:13
**Special** [1] - 3:6
**specifically** [4] - 13:15, 24:20, 29:21, 30:21
**specifics** [2] - 18:15, 23:3
**speculative** [1] - 37:15
**spell** [1] - 4:20
**spent** [1] - 26:12
**spoken** [1] - 32:9
**stand** [3] - 4:14, 32:15, 35:23
**standing** [2] - 10:5, 38:9
**start** [1] - 13:20
**started** [6] - 12:8, 15:1, 15:4, 19:23, 21:12, 33:24
**State** [1] - 44:2
**state** [11] - 4:20, 13:4, 26:9, 32:21, 33:5, 38:11, 39:19, 40:5, 42:5, 42:12, 42:18
**statement** [1] - 40:3
**statements** [3] - 10:17, 27:19, 32:14
**STATES** [2] - 1:1, 1:3
**States** [9] - 1:11, 1:23, 3:3, 3:5, 3:6, 10:23, 31:23, 42:24, 44:13
**staying** [1] - 23:6
**stays** [1] - 34:20
**step** [2] - 4:15, 31:22

**steps** [3] - 9:24, 11:4, 12:3
**Stewart** [6] - 16:13, 16:25, 17:21, 26:18, 26:21, 26:24
**still** [1] - 20:12
**stopped** [1] - 25:7
**Store** [1] - 6:15
**store** [1] - 23:16
**straight** [1] - 9:25
**Street** [20] - 1:12, 6:17, 8:7, 8:12, 8:13, 16:13, 16:25, 17:21, 18:2, 22:16, 23:9, 24:22, 26:18, 26:22, 26:24, 27:16, 30:1, 34:13, 37:17, 37:19
**strong** [1] - 40:17
**strongly** [1] - 35:23
**stuff** [1] - 31:7
**subject** [2] - 20:1, 25:18
**subpoenaed** [1] - 22:14
**subscriber** [1] - 22:5
**substance** [7] - 3:13, 3:24, 6:22, 7:4, 38:1, 41:9, 41:13
**substances** [6] - 34:20, 35:2, 39:16, 39:18, 41:16, 42:11
**sufficient** [1] - 40:11
**summarize** [1] - 14:1
**summarizing** [1] - 17:9
**supervision** [1] - 44:5
**supposedly** [1] - 37:16
**surety** [2] - 26:13, 33:4
**surveillance** [1] - 22:19
**surveilled** [1] - 8:14
**suspicious** [3] - 6:18, 14:14, 23:17
**sworn** [1] - 4:17
**system** [1] - 33:2

## T

**T-shirt** [1] - 6:4
**table** [1] - 6:3
**talk** [1] - 27:22
**talked** [2] - 21:19, 28:11
**talking** [1] - 21:8
**talks** [1] - 21:22
**tall** [1] - 38:9
**task** [1] - 8:2
**Task** [9] - 5:8, 5:18, 6:13, 6:25, 7:19, 9:13, 12:8, 18:3, 36:15
**team** [1] - 9:16
**telephone** [1] - 12:18
**tell** [4] - 15:25, 21:24, 23:15, 32:8
**telling** [1] - 16:20
**ten** [2] - 5:15, 31:14
**ten-and-a-half** [1] - 5:15
**tenant** [1] - 26:3
**tested** [1] - 7:4
**testified** [1] - 4:18
**testify** [1] - 32:10

**testimony** [9] - 33:21, 33:23, 34:1, 34:7, 38:22, 39:19, 39:23, 40:2, 42:6
**text** [4] - 16:21, 17:2, 21:20, 24:16
**THE** [33] - 1:1, 1:1, 1:16, 3:2, 4:1, 4:3, 4:9, 4:11, 4:15, 4:19, 4:22, 4:23, 6:9, 17:17, 18:24, 19:4, 27:10, 31:9, 31:11, 31:13, 31:17, 31:20, 31:22, 31:25, 32:3, 32:16, 33:9, 33:12, 33:17, 35:13, 38:17, 43:1, 43:4
**thereafter** [1] - 20:16
**therefore** [1] - 29:7
**third** [3] - 14:7, 20:14
**thirteen** [1] - 35:2
**thoroughly** [1] - 34:24
**thousand** [1] - 18:4
**three** [2] - 19:25, 34:9
**throwing** [1] - 6:19
**ties** [1] - 40:17
**timeframe** [3] - 14:23, 17:24, 20:2
**today** [2] - 5:24, 42:22
**together** [1] - 40:7
**Tony** [5] - 7:25, 12:3, 12:15, 12:24, 30:6
**took** [2] - 9:11, 39:20
**total** [1] - 5:9
**towards** [1] - 5:16
**track** [1] - 42:2
**tracking** [1] - 16:23
**trafficking** [2] - 5:20, 41:9
**training** [3] - 5:16, 5:19, 5:20
**transaction** [1] - 23:21
**Transcript** [2] - 1:21, 1:21
**transcript** [1] - 44:5
**transcription** [1] - 44:5
**transfer** [4] - 29:6, 30:9, 34:5, 39:24
**transfers** [2] - 29:13, 29:20
**travel** [1] - 13:7
**treatment** [4] - 34:21, 34:22, 38:1, 38:2
**true** [2] - 36:13, 44:5
**trying** [1] - 21:3
**turn** [1] - 3:21
**turned** [1] - 7:19
**turning** [1] - 40:14
**twice** [1] - 41:4
**two** [8] - 6:21, 8:19, 14:18, 14:19, 16:13, 34:11, 38:5, 40:22
**type** [6] - 19:9, 19:11, 20:8, 23:8, 23:21, 30:24
**typically** [1] - 23:22

## U

**U.S** [1] - 1:10

**ultimately** [3] - 6:25, 13:6, 27:22
**under** [4] - 19:9, 32:19, 35:10, 44:5
**underneath** [1] - 6:4
**understood** [4] - 32:24, 39:19, 39:22, 40:2
**Union** [3] - 29:5, 29:25, 30:5
**UNITED** [2] - 1:1, 1:3
**United** [9] - 1:11, 1:23, 3:3, 3:5, 3:6, 10:23, 31:23, 42:23, 44:13
**unlocked** [1] - 22:24
**unusual** [4] - 23:21, 36:22, 36:24, 38:16
**up** [13] - 6:19, 11:4, 11:10, 14:6, 14:8, 14:9, 15:19, 20:10, 29:13, 33:4, 33:25, 37:19, 38:14
**UPS** [7] - 6:15, 7:18, 12:19, 22:10, 23:16, 24:4, 24:25
**upstairs** [1] - 30:2
**use** [4] - 7:15, 7:16, 29:6, 41:15
**Use** [1] - 20:22
**used** [4] - 11:17, 20:15, 21:25, 23:3
**using** [3] - 1:20, 11:22, 12:22
**USPS** [1] - 22:10

## V

**vast** [1] - 8:8
**vehicle** [3] - 35:4, 41:11, 41:13
**venue** [1] - 37:23
**verified** [1] - 27:4
**verify** [1] - 18:6
**versus** [1] - 3:3
**via** [1] - 21:20
**Vienna** [1] - 20:1
**violated** [1] - 35:3
**violations** [2] - 41:11, 41:17
**virtue** [1] - 37:9
**visiting** [1] - 25:20
**volumes** [1] - 30:25
**VS** [1] - 1:5

## W

**waiting** [1] - 8:21
**Wal** [2] - 29:4, 29:5
**Wal-Mart** [2] - 29:4, 29:5
**walk** [1] - 11:4
**want** [2] - 32:8, 39:14
**wanted** [2] - 13:19, 16:11
**wants** [3] - 32:13, 34:12, 34:14
**warrant** [15] - 8:5, 8:14, 9:10, 9:14, 9:17, 11:1, 15:19, 24:21,

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
Case 2:17-cr-01042-LTS-MAR Document 15 Filed 09/19/17 Page 51 of 52
*to purchase a complete copy of the transcript*

26:4, 29:17, 30:4, 31:11, 39:20, 39:22

**warrant's** [1] - 30:12
**wearing** [2] - 6:2, 6:3
**week** [4] - 3:9, 16:9, 17:24, 31:14
**weeks** [7] - 15:7, 15:11, 17:7, 17:22, 17:23, 26:12, 39:25
**weight** [5] - 11:10, 11:11, 11:12, 30:2
**Western** [3] - 29:5, 29:25, 30:5
**WHEREOF** [1] - 44:10
**white** [1] - 6:4
**Williams** [2] - 23:1, 44:3
**WILLIAMS** [1] - 1:16
**wire** [6] - 29:6, 29:13, 29:20, 30:9, 34:4, 39:24
**wiring** [1] - 40:1
**wish** [2] - 3:21, 33:14
**WITNESS** [4] - 2:2, 4:22, 31:13, 44:10
**witness** [5] - 4:17, 6:8, 17:15, 17:19, 19:3
**witnessed** [1] - 8:16
**witnesses** [1] - 32:5
**work** [6] - 18:14, 23:8, 27:14, 27:20, 34:8, 40:7
**worked** [3] - 5:13, 23:11, 39:9
**working** [2] - 5:5, 20:13
**writings** [1] - 30:25
**written** [2] - 7:22, 12:4

## Y

**year** [5] - 12:17, 13:10, 15:21, 33:23, 33:24
**years** [2] - 5:12, 5:15
**yourself** [1] - 13:18

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01042-LTS-MAR   Document 15   Filed 09/19/17   Page 52 of 52